UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD BAZZINI, GREGORY LEONARCZYK,
NOAH ALLEN, and JOHN MARKIEWICZ,        Civil Action No. 1:08-cv-4530
Individually and on Behalf of
All Other Persons Similarly Situated,

                Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC.,
JEFFERSON VALLEY RACQUET CLUB, INC.,
DAVID SWOPE, BETH BECK
and BILL BECK,

                Defendants.
-----------------------------------------------------------------X

## CONSENT TO SUE FORM

      I am one of the named plaintiffs in *Bazzini et al. v. Club Fit Management, Inc.*, Case No. 1:08-cv-4530, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case as a plaintiff.

      I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

      I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

_____
Signature

_John Markiewicz_____
Name (Please print)

_1320 Hrlge Rd_____
Address

_Somers____ _NY_ _10589_
City        State   Zip

_5/19/08_____
Date