UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TODD BAZZINI, GREGORY LEONARCZYK,                    Civil Action No. 1:08-cv-4530
NOAH ALLEN, and JOHN MARKIEWICZ,
Individually and on Behalf of
All Other Persons Similarly Situated,

                                Plaintiffs,

        -against-

CLUB FIT MANAGEMENT, INC.,
JEFFERSON VALLEY RACQUET CLUB, INC.,
DAVID SWOPE, BETH BECK
and BILL BECK,

                                Defendants.
-------------------------------------------------------X

## CONSENT TO SUE FORM

        I am one of the named plaintiffs in *Bazzini et al. v. Club Fit Management, Inc.*, Case No. 1:08-cv-4530, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case as a plaintiff.

        I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

        I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

_____
Signature

_____
Name (Please print)    *Noah Allen*

_____
Address    *68 east the tisdale Ave #6E*

_____
City        State        Zip
*Harisdele*    *NY*    *10550*

_____
Date    *May 20, 2008*