UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TODD BAZZINI, GREGORY LEONARCZYK,
NOAH ALLEN, and JOHN MARKIEWICZ,                Civil Action No. 1:08-cv-4530
Individually and on Behalf of
All Other Persons Similarly Situated,

                      Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC.,
JEFFERSON VALLEY RACQUET CLUB, INC.,
DAVID SWOPE, BETH BECK
and BILL BECK,

                      Defendants.
----------------------------------------------------------------X

## CONSENT TO SUE FORM

    I am one of the named plaintiffs in *Bazzini et al. v. Club Fit Management, Inc.*, Case No. 1:08-cv-4530, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case as a plaintiff.

    I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

    I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

_____
Signature

GREGORY LEONARCZYK
Name (Please print)

45 ROCKINGCHAIR ROAD
Address

WHITE PLAINS    NY    10607
City            State   Zip

5/20/08
Date