```
Form 07 - CORPORATION
         FARUQI & FARUQI, LLP
         ATTN:
U.S. SOUTHERN DIST, COURT       NEW YORK   COUNTY
----------------------------------------------------
                                                      Index No. 08 CIV 4530
TODD BAZZINI ETAL                          plaintiff
                                                      Date Filed ............
              - against -
                                                      Office No.
CLUB FIT MANAGEMENT, INC. ET AL            defendant
                                                      Court Date:    /  /
----------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**TONY DONADIO**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **20th** day of **May, 2008** at **11:35 AM.,**          at
   **580 NORTH STATE RD**
   **BRIAR CLIFF MANOR, NY**

I served a true copy of the
   SUMMONS AND COMPLAINT
   JUDGES RULES

upon **CLUB FIT MANAGEMENT, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **GLEN MCCARTHY---MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **MALE**        COLOR: **WHITE**      HAIR: **GREY**
      APP. AGE: **52**     APP. HT: **5:8**      APP. WT: **170**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
22nd day of May,       2008i
BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

..........................
TONY DONADIO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7FF7128517