```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
           FARUQI & FARUQI, LLP
           ATTN:
U.S. SOUTHERN DIST, COURT        NEW YORK COUNTY
---------------------------------------------------
                                                    Index No. 08 CIV 4530
TODD BAZZINI ETAL                    plaintiff
                                                    Date Filed ............
           - against -
                                                    Office No.
CLUB FIT MANAGEMENT, INC. ET AL      defendant
                                                    Court Date:   / /
---------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
TONY DONADIO    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
20th day of May, 2008  11:35 AM                 at
    %CLUB FIT MANAGEMENT, INC 580 NORTH STATE RD.
    BRIAR CLIFF MANOR, NY
I served the    SUMMONS AND COMPLAINT
                JUDGES RULES
upon DAVID SWOPE
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    GLEN MCCARTHY---CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE    COLOR: WHITE    HAIR: GREY    AGE: 52   HEIGHT: 5:8   WEIGHT: 170
OTHER IDENTIFYING FEATURES:
On 05/22/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
22nd  day of  May,         2008i
                                                 ........................
BRETT GOLUB                                      TONY DONADIO
Notary Public, State of New York                 AETNA CENTRAL JUDICIAL SERVICES
   No.01G06129491                                225 BROADWAY, SUITE 1802
Qualified in NASSAU                              NEW YORK, NY, 10007
Commission Expires 06/27/2009                    Reference No: 7FF7128519
```