Form 03 - DOOR WITH MILITARY

**FARUQI & FARUQI, LLP**                                          **ATTN:**
U.S. SOUTHERN DIST, COURT        NEW YORK   COUNTY

---

TODD BAZZINI ETAL                                  plaintiff

       - against -

CLUB FIT MANAGEMENT, INC. ET AL         defendant

---

Index No. **08 CIV 4530**

Date Filed  ............

Office No.

Court Date:    /    /

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**TONY DONADIO**    being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**20th** day of **May, 2008   08:30 AM**              at
    **494 ELIZABETH ROAD PH**
    **YORKTOWN, NY 10598**
deponent attempted to make personal service of a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**
in the above entitled action upon **BILL BECK**
 the **DEFENDANT** therein named.  Deponent made prior diligent efforts
to effect personal service upon the said **DEFENDANT**
at the above address, to wit: **05/17/2008 07:56 AM   05/19/2008 07:10 PM     /  /**
Deponent spoke to **"JANE" STARRA NEIGHBOR AT 503 ELIZABETH RD. YORKTOWN, NY
WHO REFUSED FIRST NAME** who stated to deponent that said **DEFENDANT**
lived there, and had no knowledge of **DEFENDANT** place of employment or work habits.
That personal service could not be made with due diligence upon the said **DEFENDANT**
and therefore deponent on the **20th** day of **May, 2008 at 08:30 AM** at the above address,
served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT**
**BILL BECK**
by affixing the same to the door of **DEFENDANT said residence**
since admittance could not be obtained upon reasonable application or a person of suitable
age and discretion found who would receive same, true copy thereof.
On **05/22/2008** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.
That address being **last known residence, usual place of abode of the DEFENDANT.**

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served. That at the time of service as aforesaid, I asked person spoken to whether the **DEFENDANT** was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York, or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
22nd  day of  May, 2008

BRETT GOLUB
Notary Public, State of New York
    No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.......................
TONY DONADIO
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7FF7128521