```
Form 07 - CORPORATION
            FARUQI & FARUQI, LLP
            ATTN:
U.S. SOUTHERN DIST. COURT      NEW YORK COUNTY
--------------------------------------------------------
                                                  Index No. 08 CIV 4530
TODD BAZZINI ETAL                    plaintiff
                                                  Date Filed .............
              - against -
                                                  Office No.
CLUB FIT MANAGEMENT, INC. ET AL      defendant
                                                  Court Date:    /  /
--------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**TONY DONADIO**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19th** day of **May, 2008** at **03:00 PM.,**          at
    600 BANK ROAD
    JEFFERSON VALLEY, NY 10535

I served a true copy of the
    SUMMONS AND COMPLAINT
    JUDGES RULES

upon **JEFFERSON VALLEY RACQUET CLUB, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **GLENN MCCARTHY, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
        SEX: **MALE**        COLOR: **WHITE**      HAIR: **GRAY**
        APP. AGE: **52**     APP. HT: **5:8**      APP. WT: **170**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
21st   day of   May,            2008k
                                              ......................
SAMSON NEWMAN                                 TONY DONADIO
Notary Public, State of New York              AETNA CENTRAL JUDICIAL SERVICES
   No.01NE-4783767                            225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                  NEW YORK, NY, 10007
Commission Expires 11/03/2009                 Reference No: 7FF7128518