UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
TODD BAZZINI, GREGORY LEONARCZYK, : Civil Action No. 08 Civ 45301(BSJ)(MHD)
NOAH ALLEN, and JOHN MARKIEWICZ, :
Individually and on Behalf of All Other Persons : ECF CASE
Similarly Situated, :
 :
          Plaintiffs, :
 : **NOTICE OF APPEARANCE**
     -against- :
 :
CLUB FIT MANAGEMENT, INC., JEFFERSON :
VALLEY RACQUET CLUB, INC., DAVID :
SWOPE, BETH BECK and BILL BECK, :
 :
          Defendants. :
---------------------------------------------------------------x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case on behalf of Defendants, Club Fit Management, Inc., Jefferson Valley Racquet Club, Inc., David Swope, Beth Beck and Bill Beck.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 6, 2008

                                    PROSKAUER ROSE LLP


                                    By:      s/*Mark A. Saloman*
                                        Mark A. Saloman (MAS-5764)
                                        One Newark Center, 18th Floor
                                        Newark, New Jersey 07102-5211
                                        (973) 274-3200

                                    *Counsel for Defendants Club Fit Management,*
                                    *Inc., Jefferson Valley Racquet Club, Inc.,*
                                    *David Swope, Beth Beck and Bill Beck*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Notice of Appearance** to be served via this Court's Electronic Case Filing system upon counsel for Plaintiffs.

Dated:   June 6, 2008

By:   s/*Mark A. Saloman*
Mark A. Saloman (MAS-5764)
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
(973) 274-3200

*Counsel for Defendants, Club Fit Management, Inc., Jefferson Valley Racquet Club, Inc., David Swope, Beth Beck and Bill Beck*