Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TODD BAZZINI, GREGORY LEONARCZYK,         :   Civil Action No. 08 Civ 4530 (BSJ)(MHD)
NOAH ALLEN, and JOHN MARKIEWICZ,          :
Individually and on Behalf of All Other Persons   :   ECF CASE
Similarly Situated,                       :
                                          :
                  Plaintiffs,             :   **STIPULATION**
                                          :
    -against-                             :
                                          :
CLUB FIT MANAGEMENT, INC., JEFFERSON      :
VALLEY RACQUET CLUB, INC., DAVID          :
SWOPE, BETH BECK and BILL BECK,           :
                                          :
                  Defendants.             :
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Defendants' time to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned matter shall be extended from June 9, 2008 through July 11, 2008. No previous requests for extension have been made.

A facsimile of this stipulation, and signatures by facsimile thereto, may serve with the same force and effect as the original.

Dated: New York, New York
       June 5, 2008

_____              _____
Adam Gonnelli, Esq.                    Mark A. Saloman, Esq.
FARUQI & FARUQI, LLP                   PROSKAUER ROSE LLP
*Attorneys for Plaintiffs*             *Attorneys for Defendants*
369 Lexington Avenue, 10th Floor       One Newark Center, 18th Floor
New York, New York 10017               Newark, New Jersey 07102
Telephone: (212) 983-9330              Telephone: (973) 274-3200
Facsimile: (212) 983-9331              Facsimile: (973) 274-3299

CURRENT 11294273v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

_____
U.S.D.J.
6/9/08