UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TODD BAZZINI, GREGORY LEONARCZYK,
NOAH ALLEN, and JOHN MARKIEWICZ,            Civil Action No. 1:08-cv-4530
Individually and on Behalf of All Other
Persons Similarly Situated,

   Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC., JEFFERSON
VALLEY RACQUET CLUB, INC., DAVID
SWOPE, BETH BECK and BILL BECK,

   Defendants.
------------------------------------------------------------X

### CONSENT TO SUE FORM

I am a current or former employee of the defendants in *Bazzini et al. v. Club Fit Management, Inc.*, Case No. 1:08-cv-4530, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case as a plaintiff.

I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

_____ Signature

_____ Name (Please print)

_74 Ferris Pl._____ Address

_Ossining, NY 10562___ City State Zip

_6/26/08_____ Date