UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TODD BAZZINI, GREGORY LEONARCZYK,
NOAH ALLEN, and JOHN MARKIEWICZ,　　　　　Civil Action No. 1:08-cv-4530
Individually and on Behalf of All Other
Persons Similarly Situated,

　　　Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC., JEFFERSON
VALLEY RACQUET CLUB, INC., DAVID
SWOPE, BETH BECK and BILL BECK,


　　　　　Defendants.
-----------------------------------------------------------X

## CONSENT TO SUE FORM

I am a current or former employee of the defendants in *Bazzini et al. v. Club Fit Management, Inc.*, Case No. 1:08-cv-4530, pending in the United States District Court for the Southern District of New York. As such, I hereby consent to join and be a part of the case as a plaintiff.

I hereby authorize the law firm of Faruqi & Faruqi, LLP to represent me in this action.

I understand that if my claim is successful, the fees of my lawyers will be paid by a percentage of any settlement obtained or monetary judgment entered in favor of the plaintiffs, and/or by any attorneys' fees which the defendants may pay pursuant to any settlement or court order. If my claim is not successful, I understand that I will not owe my lawyers any fees.

_____ Signature

Adrian Cosma _____ Name (Please print)

306 Leonard St, H-2 _____ Address

Brooklyn, NY 11211 _____ City State Zip

6/26/08 _____ Date