UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
TODD BAZZINI, GREGORY LEONARCZYK, : Civil Action No. 08 Civ 4530 (BSJ)(MHD)
NOAH ALLEN, and JOHN MARKIEWICZ, :
Individually and on behalf of all other persons : ECF CASE
similarly situated, :
 :
                Plaintiffs, :
 : **RULE 7.1 STATEMENT**
   -against- :
 :
CLUB FIT MANAGEMENT, INC., JEFFERSON : Document Electronically Filed
VALLEY RACQUET CLUB, INC., DAVID :
SWOPE, BETH BECK and BILL BECK, :
 :
                Defendants. :
-------------------------------------------------------------x

     Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, undersigned counsel for Defendants, Club Fit Management, Inc. and Jefferson Valley Racquet Club, Inc., certify that the foregoing corporate defendants have no parents, affiliates, and/or subsidiaries that are publicly held.

Dated:  New York, New York
          July 11, 2008

                                    PROSKAUER ROSE LLP

                                    By:     s/*Mark A. Saloman*
                                           Mark A. Saloman (MAS-5764)
                                           One Newark Center, 18th Floor
                                           Newark, New Jersey 07102-5211
                                           (973) 274-3200

                                           *Counsel for Defendants Club Fit Management,*
                                           *Inc., Jefferson Valley Racquet Club, Inc.,*
                                           *David Swope, Beth Beck and Bill Beck*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the below date, he did cause a true and correct copy of the foregoing **Rule 7.1 Statement** to be served via this Court's Electronic Case Filing system upon counsel for Plaintiffs.

Dated:   July 11, 2008

By:   s/*Mark A. Saloman*
Mark A. Saloman (MAS-5764)
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
(973) 274-3200

*Counsel for Defendants, Club Fit Management, Inc., Jefferson Valley Racquet Club, Inc., David Swope, Beth Beck and Bill Beck*