*Jones*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TODD BAZZINI, GREGORY LEONARCZYK,
NOAH ALLEN and JOHN MARKIEWICZ,
Individually and on Behalf of All Other Persons'
Similarly Situated,

Civil Action No. 08-civ-4530
(BSJ)(MHD)

                      Plaintiffs,

**STIPULATION**

-against-

CLUB FIT MANAGEMENT, INC., JEFFERSON
VALLEY RACQUET CLUB, INC., DAVID
SWOPE, BETH BECK and BILL BECK.

                      Defendants.
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action, that:

1. Defendants' time to respond to Plaintiffs' Motion for Conditional Certification and Dissemination of Notice shall be extended to August 11, 2008;

2. Plaintiffs' reply brief shall be filed by August 25, 2008; and

3. The statute of limitations on claims by potential collective action members shall be tolled from July 7, 2008 to August 25, 2008.

No previous requests for extensions have been made.

A facsimile of this stipulation and signatures by facsimile thereto, may serve with the same force and effect as the original.

////////////////////////////////////////////////////////
////////////////////////////////////////////////////////



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Dated: July 11, 2008

FARUQI & FARUQI, LLP

BY: /s/ Adam Gonnelli
ADAM GONNELLI
BETH A. KELLER
CHRISTOPHER MARLBOROUGH
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: 212/983-9330
Facsimile: 212/983-9331

*Attorneys for Plaintiffs*

Dated: July 11, 2008

PROSKAUER ROSE LLP

BY: /s/ Mark A. Saloman
MARK A. SALOMAN
One Newark Center, 18th Floor
Newark, New Jersey 07102
Telephone: 973/274-3200
Facsimile: 973/274-3299

*Attorneys for Defendants*

SO ORDERED:

/s/ Barbara S. Jones
U.S.D.J.
7/14/08

2