# FARUQI & FARUQI, LLP

ATTORNEYS AT LAW

369 LEXINGTON AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10017-6531
(212) 983-9330

TELECOPIER: (212) 983-9331
WEBSITE:   www.faruqilaw.com

July 9, 2008

**VIA FEDERAL EXPRESS**

Hon. Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

   Re: *Bazzini v. Club Fit Mgmt., Inc., et al.*
     Case No. 08 Civ. 4530

Your Honor:

   This office represents Plaintiffs in the above-referenced action. On Monday, July 7, 2008, my office filed with this Court, Plaintiffs' Motion for Conditional Certification as a Collective Action and Dissemination of Notice to Similarly Employees in this Court.

   Some of the exhibits inadvertently included personal information concerning Plaintiffs, such as home addresses and personal account information that should have been redacted, but was not. The documents are included as Exhibits B-I and K to the Declaration of Christopher Marlborough, dated July 7, 2008 (Document Number 18 on the docket).

   Pursuant to Rule 21.8 of the SDNY Electronic Case Filing Rules & Instructions, I have contacted the ECF help desk about the error and they have temporarily sealed the documents. I request that this Court formally seal the filing. I have prepared redacted versions of the exhibits and am prepared to re-file the documents with the Court's permission.

   I apologize to the Court for any inconvenience.

Very truly yours,

Christopher Marlborough

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 7/15/08

cc: Mark Saloman, Esq.

*Applications granted.
So ordered.*
Barbara S. Jones
U.S.D.J.

7/14/08