**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

TODD BAZZINI, GREGORY LEONARCZYK,  :    Civil Action No. 08 Civ 45301(BSJ)(MHD)
NOAH ALLEN, and JOHN MARKIEWICZ,  :
Individually and on Behalf of All Other Persons  :    ECF CASE
Similarly Situated,  :
                                         :
                    Plaintiffs,  :
                                         :
     -against-  :    **CERTIFICATE OF SERVICE**
                                         :
CLUB FIT MANAGEMENT, INC., JEFFERSON  :
VALLEY RACQUET CLUB, INC., DAVID  :
SWOPE, BETH BECK and BILL BECK,  :
                                         :
                   Defendants.  :

-------------------------------------------------------------x

       I hereby certify that on August 11, 2008, a copy of the foregoing Memorandum of Law,

and accompanying Declaration of Bill Beck with annexed exhibits, and Appendix of

Unpublished Cases was served via ECF on the District Court and upon Adam Gonnelli, Esq.,

Attorneys for Plaintiffs, FARUQI & FARUQI, LLP, 369 Lexington Avenue, 10th Floor, New

York, New York 10017.

Dated: Newark, New Jersey
        August 11, 2008

                                  PROSKAUER ROSE LLP

                                  By:       s/*Mark A. Saloman*
                                       Mark A. Saloman (MAS-5764)
                                       One Newark Center, 18th Floor
                                       Newark, New Jersey 07102-5211
                                       (973) 274-3200

                                       *Counsel for Defendants Club Fit Management,*
                                       *Inc., Jefferson Valley Racquet Club, Inc.,*
                                       *David Swope, Beth Beck and Bill Beck*