UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD BAZZINI, GREGORY LEONARCZYK, NOAH ALLEN and JOHN MARKIEWICZ, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC., JEFFERSON VALLEY RACQUET CLUB, INC., DAVID SWOPE, BETH BECK and BILL BECK.

Defendants.

Civil Action No. 08-civ-4530 (BSJ)(MHD)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action, that Plaintiffs' time to reply to Defendants' Opposition to Plaintiffs' Motion for Conditional Certification and Dissemination of Notice shall be extended to September 5, 2008.

There has been one previous request for extension in connection with Defendants time to file papers in opposition to the motion.

A facsimile of this stipulation and signatures by facsimile thereto, may serve with the same force and effect as the original.

////////////////
////////////////
////////////////
////////////////
////////////////
////////////////

Dated: August 22, 2008

FARUQI & FARUQI, LLP

BY: [signature]
CHRISTOPHER MARLBOROUGH

ADAM GONNELLI
BETH A. KELLER
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: 212/983-9330
Facsimile: 212/983-9331

*Attorneys for Plaintiffs*

Dated: August 23 2008

PROSKAUER ROSE LLP

BY: [signature]
MARK A. SALOMAN
One Newark Center, 18th Floor
Newark, New Jersey 07102
Telephone: 973/274-3200
Facsimile: 973/274-3299

*Attorneys for Defendants*

SO ORDERED:

[signature]
The Hon. Barbara S. Jones
United States District Court Judge