UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

TODD BAZZINI, GREGORY LEONARCZYK, NOAH
ALLEN and JOHN MARKIEWICZ,
Individually and on Behalf of All Other Persons
Similarly Situated,

                                Plaintiffs,

    -against-

CLUB FIT MANAGEMENT, INC., JEFFERSON
VALLEY RACQUET CLUB, INC., DAVID SWOPE,
BETH BECK and BILL BECK.

                              Defendants.

------------------------------------------------------------------- X

Case No. 08-civ-4530

**DECLARATION OF ADAM
GONNELLI IN FURTHER
SUPPORT OF PLAINTIFFS'
MOTION FOR CONDITIONAL
COLLECTIVE ACTION
CERTIFICATION AND
COURT AUTHORIZED
NOTICE**

I, Adam R. Gonnelli, under penalty of perjury, hereby declare:

1.     I am a member of the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in further support of Plaintiffs' Motion for Conditional Collective Action Certification and Court Authorized Notice.

2.     Attached hereto as Exhibit A is a true and correct copy of the Declaration of Michael Wisniewski dated August 20, 2008.

3.     Attached hereto as Exhibit B are true and correct copies of some of Club Fit's Earnings Statements for opt-in Plaintiff Jared Pope.

4.     Attached hereto as Exhibit C are true and correct copies of some of Club Fit's Earnings Statements for opt-in Plaintiff Erin Crandall.

5.     Attached hereto as Exhibit D are true and correct copies of some of Club Fit's Earnings Statements for opt-in Plaintiff Michael Wisniewski.

6.     Attached hereto as Exhibit E is Plaintiffs' Amended Proposed Court Authorized Notice Concerning Club Fit.

7.    Attached hereto as Exhibit F is a redline of the Amended Proposed and the

original Proposed Court Authorized Notice Concerning Club Fit.


DATED:        September 5, 2008
              New York, New York

_____
Adam R. Gonnelli

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— X

TODD BAZZINI, GREGORY LEONARCZYK, NOAH       Case No. 08-civ-4530
ALLEN and JOHN MARKIEWICZ,
Individually and on Behalf of All Other Persons
Similarly Situated,

                              Plaintiffs,        **DECLARATION OF**
                                                 **MICHAEL WISNIEWSKI IN**
                                                 **SUPPORT OF PLAINTIFFS'**
     -against-                                   **MOTION FOR CONDITIONAL**
                                                 **COLLECTIVE ACTION**
CLUB FIT MANAGEMENT, INC., JEFFERSON            **CERTIFICATION**
VALLEY RACQUET CLUB, INC., DAVID SWOPE,
BETH BECK and BILL BECK.

                              Defendants.
———————————————————————— X

I, Michael Wisniewski, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the following is true and accurate:

1.    My name is Michael Wisniewski and I reside in Briarcliff, New York.

2.    I have opted-in to the Club Fit litigation.

3.    I have worked at Club Fit since 2003. Since 2005, I have worked full time in the aquatics department under various titles, where I am currently the supervisor of aquatics, a lifeguard and a lifeguard instructor.

4.    In mid-2008, right around the time that I first learned of this lawsuit, I was told by Scott Karsen, my manager and director of aquatics, that I was a salaried employee without any change in my responsibilities or workload.

5.    Until mid-2008, I was paid on a bi-weekly basis at an hourly rate for up to twenty to thirty hours per week as a supervisor, which Club Fit referred to as administrative hours. However, I was required to work more than those thirty-hours per week in that position. I was not permitted to punch in or out

for my administrative hours.

6.    Until mid-2008, I was paid on a bi-weekly basis at a separate hourly rate for my work as a lifeguard in addition to my administrative duties. My lifeguard hours were recorded on a computerized time clock system until late 2007 or early 2008. I was not paid for all lifeguard hours worked. I received a single check for my administrative and lifeguard work.

7.    I was paid separately for lifeguard instruction on a flat fee basis for periodic lifeguard training classes. The classes run for approximately fifteen hours over the course of a weekend approximately ten to twelve weekends per year. The lifeguard classes were never factored into any overtime calculation. I continue to teach those classes and continue to be paid separately for those classes.

8.    I regularly worked more than forty hours per week without any overtime compensation.

9.    I was required to work many hours off the clock, both lifeguard hours and administrative hours. I was not permitted to record these hours and I received no pay for these hours.

10.    In approximately 2006, I was told by Mr. Karsen that I was recording too many hours. He told me not to record all of my lifeguard hours because of administrative reasons, but told me to do what I had to make sure all shifts were covered and all safety requirements were met.

11.    In late 2007 or early 2008, Mr. Karsen told me that "I wouldn't have to worry about punching in for anything anymore" and that I would be paid for thirty

2

administrative hours and ten lifeguard hours. Mr. Karsen said at that time, that I would not be required to work more than forty hours per week. In fact, I was then required to work even more hours, but I was not paid for more than forty hours per week.

12.    Only after I heard about this lawsuit in May 2008, did Mr. Karsen begin referring to me as a "salaried employee," and instead of paying me for some hours at my lifeguard rate, shifted all of my hours to my administrative rate. Since that time, my payroll stubs have continued to indicate that I am paid on an hourly basis at my administrative rate, so I still considered myself an hourly employee.

13.    Occasionally, other members of the aquatics staff would tell me that Mr. Karsen had changed their time records, subtracting hours that they actually worked.

14.    I am aware of other employees in the aquatics department, including but not limited to Daniel Whiting, who did not receive overtime for all hours worked and were required or permitted to work off the clock.

15.    Club Fit has a history of retaliating against its employees and its General Manager Diane Pulleyblank has threatened my co-workers with retaliation if they were to get involved in wage and hour grievances.

16.    I know of other employees at Club Fit who believe that they are entitled to overtime, but they have told me that they afraid to join the lawsuit because they believe that management will retaliate against them.

17.    I regularly worked in excess of ten hours in a single workday. I never

received "spread of hours" premium pay for those days or any additional pay for working more than ten hours in a single workday.

18.    I had never heard of "spread of hours" premium pay until I spoke with my attorneys.  I have never heard of any employee at the club receiving "spread of hours" pay.

I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

Dated: Briarcliff, New York
     August 20, 2008

_Michael Wisniewski_
Michael Wisniewski

4

# EXHIBIT B

# Earnings Statement

Period ending:     5/27/2003
Pay date:          5/21/2003

Social Security Number: ████-4258
Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  0
State:    0
Local:

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 10.00 | 25 50 | 255.00 |  |
| Gross Pay |  |  |  | 5,925 00** |

| Deductions | Statutory |  |  |
|------------|-----------|--|--|
|  | Federal Income Tax | -0.69* | 494.62** |
|  | Social Security Tax | -15 81* | 367 35** |
|  | Medicare Tax | -3 70* | 85.91** |
|  | Worked-In Local Tax | -0.83* | 126 09** |
|  | SUI/SDI | -1.20* | 4.80** |
|  | Net Pay |  |  |

p/p  5/21/03

** YTD figures as of the last payroll processing
 * Calculations are based on the exemptions from the last payroll processing

---

Pay date:            5/21/2003
Social Security No.  ████4258

Pay to the
order of:     **JARED POPE**

This amount:  TWO HUNDRED THIRTY TWO AND 77/00 DOLLARS          $232.

**Earnings Statement**

ADP®

CLUB FIT BRIARCLIFF
P O. BOX 241
JEFFERSON VALLEY, NY 10535

| Period Ending: | 05/31/2003 |
| Pay Date: | 06/16/2003 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State: 0
    Local: 0

JARED POPE

BRONX, NY 10467

Social Security Number: █████-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 196.50 | 4,912.50 | 11,265.00 |
| Gross Pay | | | $4,912.50 | 11,265 00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -445.34 | 940.65 |
| | Social Security Tax | -287.45 | 681 31 |
| | Medicare Tax | -67 23 | 159 34 |
| | NY State Income Tax | -201.14 | 400.22 |
| | New York Cit Income Tax | -121 38 | 248.30 |
| | NY SUI/SDI Tax | -2.40 | 9 26 |
| | | | |
| | Other | | |
| | Checking | -3,511 36 | |
| | Health 125 | | |
| | Net Pay | | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,636 30

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

CLUB FIT BRIARCLIFF
P O. BOX 241
JEFFERSON VALLEY, NY 10535

| | Advice number: | 00000240031 |
| | Pay date: | 06/16/2003 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JARED POPE | ███9854 | 0210 0008 | $3,511 36 |

FIRST UNION®
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

2



CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

**Earnings Statement**

| | |
|---|---|
| Period Ending: | 09/16/2003 |
| Pay Date: | 09/24/2003 |

**JARED POPE**

BRONX, NY 10467

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   State: 0
   Local: 0

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 61.25 | 612.50 | 22,430 00 |
| **Gross Pay** | | | **$612.50** | 22,430 00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.48 | 1,700.26 |
| | Social Security Tax | -37.98 | 1,347.85 |
| | Medicare Tax | -8.88 | 315 22 |
| | NY State Income Tax | -13.08 | 738 14 |
| | New York Cit Income Tax | -8.64 | 462 33 |
| | NY SUI/SDI Tax | -1.20 | 19 05 |
| | **Other** | | |
| | Checking | -512.24 | |
| | Health 125 | | |
| | **Net Pay** | | **$0.00** |

Your federal taxable wages this period are $612.50

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000380066
Pay date: 09/24/2003

Deposited to the account of
JARED POPE

| | account number | transit ABA | amoun |
|---|---|---|---|
| | XXX9854 | 0210 0008 | $512.24 |



FIRST UNION®

FIRST UNION NATIONAL BANK
OF NEW YORK

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**



**Earnings Statement**

*CLUB FIT BRIARCLIFF*
*P O BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    09/30/2003
Pay Date:         10/08/2003

**JARED POPE**

**BRONX, NY 10467**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  State:    0
  Local:    0

Social Security Number:    -4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 8.00 | 80.00 | 22,510 00 |
| Gross Pay | | | $80.00 | 22,510.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -4.96 | 1,352.81 |
| | Medicare Tax | -1 16 | 316 38 |
| | NY SUI/SDI Tax | -0.40 | 19 45 |
| | Federal Income Tax | | 1,700 26 |
| | NY State Income Tax | | 738 14 |
| | New York Cit Income Tax | | 462.33 |

| | Other | | |
|---|---|---|---|
| | Checking | -73.48 | |
| | Health 125 | | |

| Net Pay | | $0.00 |
|---|---|---|

Your federal taxable wages this period are $80.00

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:    0000041 0069
Pay date:         10/08/2003

Deposited to the account of          account number    transit ABA    amount
JARED POPE                                 9854        0210 0008     $73.48

**THIS IS NOT A CHECK**

**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

4

**Earnings Statement**

ADP

CLUB FIT BRIARCLIFF
P.O BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending: 09/30/2003
Pay Date: 10/15/2003

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

JARED POPE

BRONX, NY 10467

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 120.00 | 3,000.00 | 25,510.00 |
| Gross Pay | | | $3,000.00 | 25,510.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -164.18 | 1,864.44 |
| | Social Security Tax | -177.44 | 1,530.25 |
| | Medicare Tax | -41.50 | 357.88 |
| | NY State Income Tax | -74.63 | 812.77 |
| | New York Cit Income Tax | -48.25 | 510.58 |
| | NY SUI/SDI Tax | -2.40 | 21.85 |
| | **Other** | | |
| | Checking | -2,353.50 | |
| | Health 125 | | |
| | **Net Pay** | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,861.90



§1001 ADP Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

CLUB FIT BRIARCLIFF
P.O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000420037
Pay date: 10/15/2003

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| XXXX9854 | 0210 0008 | $2,353.50 |



FIRST UNION

FIRST UNION NATIONAL BANK
OF NEW YORK

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 10/31/2003 |
| Pay Date: | 11/14/2003 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State:   0
  Local:   0

**JARED POPE**

**BRONX, NY 10467**

Social Security Number: 258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 205.00 | 5,125.00 | 30,635.00 |
| Misc | | | 14.00 | 14.00 |
| Gross Pay | | | $5,139.00 | 30,649.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -479.47 | 2,343.91 |
| | Social Security Tax | -309.59 | 1,839.84 |
| | Medicare Tax | -72.41 | 430.29 |
| | NY State Income Tax | -214.62 | 1,027.39 |
| | New York Cit Income Tax | -129.43 | 640.01 |
| | NY SUI/SDI Tax | -2.40 | 24.25 |
| | **Other** | | |
| | Checking | -3,785.58 | |
| | Health 125 | | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,993.50

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA AT RIGHT CHANGES IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

CLUB FIT BRIARCLIFF
P. O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000400036 |
| Pay date: | 11/14/2003 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 9854 | 0210 0008 | $3,785.58 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

FIRST UNION®
FIRST UNION NATIONAL BANK
OF NEW YORK

**NON-NEGOTIABLE**

6

**Earnings Statement**

ADP

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 11/30/2003 |
| Pay Date: | 12/15/2003 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0
    State:    0
    Local:    0

**JARED POPE**

**BRONX, NY 10467**

Social Security Number: ████-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 198.50 | 4,962.50 | 35,597.50 |
| Misc | | | | 14.00 |
| **Gross Pay** | | | **$4,962.50** | 35,611.50 |

**Important Notes**
REMINDER - JANUARY IS OPEN ENROLLMENT MONTH F
401-K

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -454.95 | 2,798.86 |
| | Social Security Tax | -298.66 | 2,138.50 |
| | Medicare Tax | -69.84 | 500.13 |
| | NY State Income Tax | -203.54 | 1,230.93 |
| | New York Cit Income Tax | -122.86 | 762.87 |
| | NY SUI/SDI Tax | -2.40 | 26.65 |
| | **Other** | | |
| | Checking | -3,664.75 | |
| | Health 125 | ████ | ████ |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,817.00



© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE EVENLY TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| Advice number: | 00000500038 |
|---|---|
| Pay date: | 12/15/2003 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| ████9854 | 0210 0008 | $3,664.7 |

**THIS IS NOT A CHECK**

FIRST UNION®
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

7



**Earnings Statement**

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| Period Ending: | 01/06/2004 |
| Pay Date: | 01/14/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State:   0
  Local:   0

**JARED POPE**

BRONX, NY 10467

Social Security Number: ...4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 178.50 | 4,462.50 | 4,462.50 |
| Gross Pay | | | $4,462.50 | 4,462.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -321.60 | 321.60 |
| | Social Security Tax | -267.65 | 267.65 |
| | Medicare Tax | -62.60 | 62.60 |
| | NY State Income Tax | -144.96 | 144.96 |
| | New York Cit Income Tax | -91.54 | 91.54 |
| | NY SUI/SDI Tax | -2.40 | 2.40 |
| | **Other** | | |
| | Checking | -3,426.25 | |
| | Health 125 | ███ | ███ |
| | Net Pay | 40.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,317.00



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| Advice number: | 00000030101 |
| Pay date: | 01/14/2004 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| ███9854 | 0210 0008 | $3,426.25 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

FIRST UNION
FIRST UNION NATIONAL BANK
OF NEW YORK

**NON-NEGOTIABLE**

8

**Earnings Statement** 

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 01/31/2004 |
| Pay Date: | 02/16/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal:　0
　State:　0
　Local:　0

**JARED POPE**

**BRONX, NY 10467**

Social Security Number: ████4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 181.00 | 4,706.00 | 9,168.50 |
| Gross Pay | | | $4,706.00 | 9,168.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -420.62 | 742.22 |
| | Social Security Tax | -282.76 | 550.41 |
| | Medicare Tax | -66.12 | 128.72 |
| | NY State Income Tax | -188.34 | 333.30 |
| | New York Cit Income Tax | -113.47 | 205.01 |
| | NY SUI/SDI Tax | -2.40 | 4.80 |
| | | | |
| | **Other** | | |
| | Checking | -3,486.79 | |
| | Health 125 | ████ | |
| | **Net Pay** | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,560.50

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000074038 |
| Pay date: | 02/16/2004 |

Deposited to the account of　　　　　account number　transit ABA　　amount
JARED POPE　　　　　　　　　　████9854　0210 0008　$3,486.79

**THIS IS NOT A CHECK**

**FIRST UNION**®
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

9

**Earnings Statement**

ADP

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 02/29/2004 |
| Pay Date: | 03/15/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 168.50 | 4,381.00 | 13,549.50 |
| Gross Pay | | | $4,381.00 | 13,549.50 |

**Important Notes**

STAFF DISCOUNT OF MASSAGE - MONDAY - FRI 11-3  10 OFF (EXCLUDING HOLIDAYS)

STAFF DISCOUNT OF MASSAGE - MON - FRI 11 -3  10 00 OFF (EXCLUDING HOLIDAYS)

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.27 | 1,098.49 |
| | Social Security Tax | -262.60 | 813.01 |
| | Medicare Tax | -61.42 | 190.14 |
| | NY State Income Tax | -158.23 | 491.53 |
| | New York Cit Income Tax | -98.35 | 303.36 |
| | NY SUI/SDI Tax | -2.40 | 7.20 |
| | **Other** | | |
| | Checking | -3,296.23 | |
| | Health 125 | | |
| | **Net Pay** | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,235.50

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000114036 |
| Pay date: | 03/15/2004 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 9854 | 0210 0008 | $3,296.23 |

**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

10

**Earnings Statement** 

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    03/31/2004
Pay Date:         04/14/2004

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  State:    0
  Local:    0

JARED POPE

BRONX, NY 10467

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 26.0000 | 196.50 | 5,109.00 | 18,658.50 |
| Gross Pay |      |       | $5,109.00 | 18,658.50 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -470.67 | 1,569.16 |
| | Social Security Tax | -307.73 | 1,120.74 |
| | Medicare Tax | -71.97 | 262.11 |
| | NY State Income Tax | -210.55 | 702.08 |
| | New York Cit Income Tax | -127.58 | 430.94 |
| | NY SUI/SDI Tax | -2.40 | 9.60 |
| | **Other** | | |
| | Checking | -3,772.60 | |
| | Health 125 | | |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,963.50



CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:   00000160041
Pay date:        04/14/2004

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 9854 | 0210 0008 | $3,772.6 |

**THIS IS NOT A CHECK**

FIRST UNION
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

11

# Earnings Statement



**CLUB FIT BRIARCLIFF**
**P O BOX 241**
**JEFFERSON VALLEY, NY 10535**

Period Ending: 04/13/2004
Pay Date: 04/21/2004

**JARED POPE**

**BRONX, NY 10467**

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 44.00 | 440.00 | 19,098.50 |
| Gross Pay | | | $440.00 | 19,098.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13 23 | 1,582.39 |
| | Social Security Tax | -27 28 | 1,148.02 |
| | Medicare Tax | -6 38 | 268 49 |
| | NY State Income Tax | -6 10 | 708 18 |
| | New York Cit Income Tax | -4.34 | 435 28 |
| | NY SUI/SDI Tax | -1 20 | 10 80 |
| | **Other** | | |
| | Checking | -381.47 | |
| | Health 125 | | |
| | **Net Pay** | 40.00 | |

Your federal taxable wages this period are $440 00

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

CLUB FIT BRIARCLIFF
P. O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000170072
Pay date: 04/21/2004

Deposited to the account of
JARED POPE

account number: 9854
transit ABA 0210 0008
amount $381 4

**THIS IS NOT A CHECK**

**FIRST UNION®**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

12

**Earnings Statement**

**ADP**

*CLUB FIT BRIARCLIFF*
*P O BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    04/30/2004
Pay Date:         05/14/2004

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State:   0
    Local:   0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 26.0000 | 166.50 | 4,329.00 | 23,427.50 |
| Gross Pay | | | $4,329.00 | 23,427.50 |

**Important Notes**
REP POSITION AVAILABLE AT BRIARCLIFF - CONTACT TER[...]
AT EXTENSION 124

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -371.22 | 1,953.61 |
| | Social Security Tax | -259.38 | 1,407.40 |
| | Medicare Tax | -60.66 | 329.15 |
| | NY State Income Tax | -166.59 | 874.77 |
| | New York Cit Income Tax | -101.24 | 536.52 |
| | NY SUI/SDI Tax | -2.40 | 13.20 |

| | Other | | |
|--|-------|--|--|
| | Checking | -3,222.01 | |
| | Health 125 | | |
| | Net Pay | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,183.50

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P. O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:    00000200045
Pay date:         05/14/2004

Deposited to the account of
JARED POPE

| account number | transit ABA | amoun |
|----------------|-------------|-------|
| [...]9854 | 0210 0008 | $3,222.0[...] |

**THIS IS NOT A CHECK**

**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

13



**Earnings Statement**

*CLUB FIT BRIARCLIFF*
*P O BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:   07/06/2004
Pay Date:        07/14/2004

**JARED POPE**

**BRONX, NY 10467**

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:  0
   State:    0
   Local:    0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 181.50 | 4,719.00 | 31,968.50 |
| Gross Pay | | | $4,719.00 | 31,968.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -426 60 | 2,670.83 |
| | Social Security Tax | -283 56 | 1,918.90 |
| | Medicare Tax | -66 32 | 448.76 |
| | NY State Income Tax | -191 52 | 1,195.56 |
| | New York Cit Income Tax | -115 20 | 731.36 |
| | NY SUI/SDI Tax | -2.40 | 18.00 |
| | | | |
| | Other | | |
| | Checking | -3,487 90 | |
| | Health 125 | | |
| | Net Pay | $0.00 | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,573 50

© 1201 ADP Inc

TO VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

*CLUB FIT BRIARCLIFF*
*P O BOX 241*
*JEFFERSON VALLEY, NY 10535*

Advice number:   00000290103
Pay date:        07/14/2004

Deposited to the account of
**JARED POPE**

| account number | transit ABA | amount |
|---|---|---|
| 9854 | 0210 0008 | $3,487.9 |

**THIS IS NOT A CHECK**



**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

14

# Earnings Statement

**ADP**

**CLUB FIT BRIARCLIFF**
**P O BOX 241**
**JEFFERSON VALLEY, NY 10535**

| Period Ending: | 10/31/2004 |
| Pay Date: | 11/15/2004 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 194.00 | 5,044.00 | 46,580.50 |
| Gross Pay | | | $5,044.00 | 46,580.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|
| | Federal Income Tax | -556.27 | 3,943.98 |
| | Social Security Tax | -303.33 | 2,788.38 |
| | Medicare Tax | -70.94 | 652.12 |
| | NY State Income Tax | -251.37 | 1,766.31 |
| | New York Cit Income Tax | -148.03 | 1,078.61 |
| | NY SUI/SDI Tax | -2.40 | 27.60 |

| | Other | | |
|---|---|---|
| | Checking | -3,340.27 | |
| | Health 125 | | * |
| | Life Ins | | |
| | 401K | | * |
| | Net Pay | | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,690.55

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTT

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| Advice number: | 00000460037 |
| Pay date: | 11/15/2004 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amoun |
|---|---|---|---|
| JARED POPE | 9854 | 0210 0008 | $3,340.2 |


**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

15

**Earnings Statement**   ADP

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending: 12/07/2004
Pay Date: 12/15/2004

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 200.00 | 5,200.00 | 51,780.50 |
| Gross Pay | | | $5,200.00 | 51,780.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -578.74 | 4,522.72 |
| | Social Security Tax | -312.99 | 3,101.37 |
| | Medicare Tax | -73.20 | 725.32 |
| | NY State Income Tax | -261.63 | 2,027.94 |
| | New York Cit Income Tax | -153.87 | 1,232.48 |
| | NY SUI/SDI Tax | -2.40 | 30.00 |
| | **Other** | | |
| | Checking | -3,439.54 | |
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,840.31

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000510094
Pay date: 12/15/2004

**THIS IS NOT A CHECK**

Deposited to the account of
JARED POPE

| | account number | transit ABA | amount |
|---|---|---|---|
| | 9854 | 0210 0008 | $3,439.54 |

**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

16

**ADP**

# Earnings Statement

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY NY 10535

| | |
|---|---|
| Period Ending: | 12/31/2004 |
| Pay Date: | 01/14/2005 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  State     0
  Local     0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 175.50 | 4,563.00 | 4 563 00 |
| Gross Pay | | | $4,563.00 | 4 563 00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -485 87 | 485.87 |
| | Social Security Tax | -273 50 | 273 50 |
| | Medicare Tax | -63 96 | 63 96 |
| | NY State Income Tax | -219 74 | 219.74 |
| | New York Cit Income Tax | -130 02 | 130.02 |
| | NY SUI/SDI Tax | -2 40 | 2.40 |

**Important Notes**
REMINDER - JANUARY IS OPEN ENROLLMENT MONTH FO
401-K

| | Other | | |
|---|---|---|---|
| | Checking | -3,035 36 | |
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |
| Net Pay | | $0.00 | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,228 79

---

A VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTC

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY NY 10535

| | |
|---|---|
| Advice number: | 00000024033 |
| Pay date: | 01/14/2005 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 9854 | 0210 0008 | $3,035.3 |

**THIS IS NOT A CHECK**

**FIRST UNION**
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

17

**Earnings Statement**

**ADP**

CLUB FIT BRIARCLIFF
P.O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 01/31/2005 |
| Pay Date: | 02/15/2005 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0

**JARED POPE**

████████████

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 27.00 | 702.00 | 9,997.00 |
| Regular | 28.0000 | 169.00 | 4,732.00 | |
| Gross Pay | | | $5,434.00 | 9,997.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ████ | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -516.05 | 1,001.92 |
| | Social Security Tax | -327.50 | 601.00 |
| | Medicare Tax | -76.60 | 140.56 |
| | NY State Income Tax | -234.81 | 454.55 |
| | New York Cit Income Tax | -141.12 | 271.14 |
| | NY SUI/SDI Tax | -2.40 | 4.80 |
| | **Other** | | |
| | Checking | -3,748.53 | |
| | Health 125 | ████* | ═══ |
| | Life Ins | ████ | |
| | 401K | ████* | ═══ |
| | **Net Pay** | $.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,064.95

TO VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

© 1991 ADP, Inc.

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000064035 |
| Pay date: | 02/15/2005 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| ████9854 | 0210 0008 | $3,748.53 |



FIRST UNION
FIRST UNION NATIONAL BANK
OF NEW YORK

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

18

**Earnings Statement**

ADP

CLUB FIT BRIARCLIFF
P O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:   03/31/2005
Pay Date:        04/15/2005

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:   0
   State:     0
   Local:     0

**JARED POPE**

**BRONX, NY 10467**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 28.0000 | 202.00 | 5,656.00 | 20,011.00 |
| Gross Pay | | | $5,656.00 | 20,011 00 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -661.84 | 2,075 18 |
| | Social Security Tax | -341.26 | 1,203.05 |
| | Medicare Tax | -79 81 | 281.35 |
| | NY State Income Tax | -291.61 | 931 90 |
| | New York Cit Income Tax | -171.18 | 552.99 |
| | NY SUI/SDI Tax | -2.40 | 9 60 |
| | **Other** | | |
| | Checking | -3,712.03 | |
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |
| | **Net Pay** | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,278.07

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:   00000150041
Pay date:        04/15/2005

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 9854 | 0210 0008 | $3,712.0 |

**THIS IS NOT A CHECK**



FIRST UNION®
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

19

# Earnings Statement

**CLUB FIT BRIARCLIFF**
**P O BOX 241**
**JEFFERSON VALLEY NY 10535**

Period Ending: 06/30/2005
Pay Date: 07/15/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

**JARED POPE**

**BRONX, NY 10467**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 175.50 | 4,914.00 | 31,057.00 |
| Gross Pay | | | $4,914.00 | 31,057.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -536 41 | 3,152.18 |
| | Social Security Tax | -295.26 | 1,859.70 |
| | Medicare Tax | -69 05 | 434 93 |
| | NY State Income Tax | -242 82 | 1,417 31 |
| | New York Cit Income Tax | -143 16 | 844 55 |
| | NY SUI/SDI Tax | -2 40 | 16 80 |

**Important Notes**
OPENING FOR ASSISTANT RECEPTION MANAGER AT
BRIARCLIFF - CONTACT KELLY X 150

OPENING FOR ASSISTANT RECEPTION MANAGER AT
BRIARCLIFF - CONTACT KELLY X 150

| | Other | | |
|---|---|---|---|
| | Checking | -3,258 71 | |
| | Health 125 | * | |
| | Life Ins | | |
| | 401K | | |
| | Net Pay | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,565 75

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P. O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000284039
Pay date: 07/15/2005

**THIS IS NOT A CHECK**

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 9854 | 0210 0008 | $3,258 7 |

**FIRST UNION**®
FIRST UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**



3W9  264682 720901          0000324036

**Earnings Statement**

ADP ®

*CLUB FIT BRIARCLIFF*
*P O BOX 241*
*JEFFERSON VALLEY NY 10535*

Period Ending:     07/31/2005
Pay Date:          08/15/2005

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0
    State:    0
    Local:    0

**JARED POPE**

**BRONX, NY 10467**

Social Security Number  XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 28.0000 | 180.50 | 5,054.00 | 36,111 00 |
| Gross Pay | | | $5,054.00 | 36,111 00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -579 32 | 3 731 50 |
| | Social Security Tax | -313 35 | 2,173.05 |
| | Medicare Tax | -73 28 | 508 21 |
| | NY State Income Tax | -262 42 | 1,679.73 |
| | New York Cit Income Tax | -154 32 | 998 87 |
| | NY SUI/SDI Tax | -2 40 | 19.20 |

**Important Notes**
LOOK FOR A NEW "STAFF RIDING THE WAVE" POSTING
EVERY WEDNESDAY

**Other**
| | | |
|---|---|---|
| Checking | -3,448 81 | |
| Life Ins | | |
| 401K | | |
| Health 125 | | |

| **Net Pay** | **$0.00** |
|---|---|

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$4,851 84

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:      00000324036
Pay date:           08/15/2005

THIS IS NOT A CHECK

Deposited to the account of        account number    transit ABA     amount
JARED POPE                         9854              0210 0008       $3,448 8

VOID AFTER 180 DAYS

**FIRST UNION** ®
FIRST UNION NATIONAL BANK
OF NEW YORK

**NON-NEGOTIABLE**

21

**Earnings Statement**

ADP

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    01/31/2007
Pay Date:        02/14/2007

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State:   2

**JARED POPE**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.0000 | 195.00 | 6,045.00 | 10,067.00 |
| Regular | 15.0000 | 49.00 | 735.00 | |
| Gross Pay | | | $6,780.00 | 10,067.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -356.97 | 554.97 |
| | Social Security Tax | -288.11 | 491.90 |
| | Medicare Tax | -67.38 | 115.04 |
| | NY State Income Tax | -187.74 | 302.63 |
| | NY SUI/SDI Tax | -2.40 | 4.80 |
| | **Other** | | |
| | Checking | -3,744.22 | |
| | Health 125 | | |
| | **Net Pay** | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,646.82

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1997 ADP, Inc.

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Advice number:    00000070045
Pay date:         02/14/2007

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| XXXX8602 | 1240 0297 | $3,744.22 |

**THIS IS NOT A CHECK**

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

30

**Earnings Statement**

ADP®

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    02/28/2007
Pay Date:         03/14/2007

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State:   2

JARED POPE

COLD SPRING, NY 10516

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.0000 | 178.50 | 5,533.50 | 16,410.50 |
| Regular | 15.0000 | 54.00 | 810.00 | |
| | Gross Pay | | $6,343.50 | 16,410.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -493.57 | 1,048.54 |
| | Social Security Tax | -349.21 | 841.11 |
| | Medicare Tax | -81.67 | 196.71 |
| | NY State Income Tax | -253.12 | 555.75 |
| | NY SUI/SDI Tax | -2.40 | 7.20 |
| | Other | | |
| | Checking | -4,452.47 | |
| | Health 125 | | |
| | Net Pay | | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,632.44

TO VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:    00000110054
Pay date:         03/14/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JARED POPE | 8602 | 1240 0297 | $4,452.47 |

Wachovia Bank, N.A.

VOID AFTER 180 DAYS



**CLUB FIT BRIARCLIFF**
*P.O BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Period Ending: | 03/31/2007 |
| Pay Date: | 04/16/2007 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   State:   2

**JARED POPE**

**COLD SPRING, NY 10516**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 212.50 | 6,800.00 | 24,035.50 |
| Regular | 15.0000 | 55.00 | 825.00 | |
| | Gross Pay | | $7,625.00 | 24,035.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -696.29 | 1,744.83 |
| | Social Security Tax | -428.66 | 1,269.77 |
| | Medicare Tax | -100.25 | 296.96 |
| | NY State Income Tax | -340.47 | 896.22 |
| | NY SUI/SDI Tax | -2.40 | 9.60 |
| | **Other** | | |
| | Checking | -5,345.87 | |
| | Health 125 | | |
| | Net Pay | | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$6,913.94

---

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**CLUB FIT BRIARCLIFF**
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000150054 |
| Pay date: | 04/16/2007 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 8602 | 1240 0297 | $5,345.87 |

Wachovia Bank, N.A.

**Earnings Statement**

ADP

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    04/30/2007
Pay Date:    05/15/2007

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State:   2

**JARED POPE**

**COLD SPRING, NY 10516**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 32.0000 | 154.50 | 4,944.00 | 29,714.50 |
| Regular | 15.0000 | 49.00 | 735.00 | |
| Gross Pay | | | $5,679.00 | 29,714.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -405.14 | 2,149.97 |
| | Social Security Tax | -308.01 | 1,577.78 |
| | Medicare Tax | -72.04 | 369.00 |
| | NY State Income Tax | -209.73 | 1,105.95 |
| | NY SUI/SDI Tax | -2.40 | 12.00 |
| | **Other** | | |
| | Checking | -3,970.62 | |
| | Health 125 | | |
| | Net Pay | | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,967.94

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Advice number:    00000190054
Pay date:    05/15/2007

Deposited to the account of        account number   transit ABA    amount
JARED POPE                           3602    1240 0297    $3,970.62

Wachovia Bank, N.A.        VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

25

# Earnings Statement



*CLUB FIT BRIARCLIFF*
*P.O BOX 241*
*JEFFERSON VALLEY, NY 10535*

| Period Ending: | 05/31/2007 |
|---|---|
| Pay Date: | 06/15/2007 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State: 2

**JARED POPE**

**COLD SPRING, NY 10516**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 182.00 | 5,824.00 | 36,183 50 |
| Regular | 15.0000 | 43.00 | 645.00 | |
| Gross Pay | | | $6,469.00 | 36,183 50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -537 14 | 2,687.11 |
| | Social Security Tax | -357.00 | 1,934 78 |
| | Medicare Tax | -83.49 | 452 49 |
| | NY State Income Tax | -269 76 | 1,375 71 |
| | NY SUI/SDI Tax | -2.40 | 14.40 |
| | **Other** | | |
| | Checking | -4,508.15 | |
| | Health 125 | | |
| | Net Pay | $.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,757.94

© 1991 ADP Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| Advice number: | 00000244057 |
|---|---|
| Pay date: | 06/15/2007 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| 8602 | 1240 0297 | $4,508.15 |

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

26

**Earnings Statement**

ADP

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending: 06/30/2007
Pay Date: 07/16/2007

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
State: 2

**JARED POPE**

**COLD SPRING, NY 10516**

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 32.0000 | 190.00 | 6,080.00 | 42,263.50 |
| Gross Pay | | | 6,080.00 | 42,263.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -575.54 | 3,262.65 |
| | Social Security Tax | -332.87 | 2,267.65 |
| | Medicare Tax | -77.85 | 530.34 |
| | NY State Income Tax | -287.30 | 1,663.01 |
| | NY SUI/SDI Tax | -2.40 | 16.80 |
| | **Other** | | |
| | Checking | -4,092.98 | |
| | Health 125 | | |
| | **Net Pay** | | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,368.94

—
=

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Advice number: 00000284048
Pay date: 07/16/2007

THIS IS NOT A CHECK

Deposited to the account of       account number    transit ABA     amount
JARED POPE                        8502            1240 0297      $4,092.98

Wachovia Bank, N.A.              VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement

**CLUB FIT BRIARCLIFF**
P O BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending: 07/31/2007
Pay Date: 08/15/2007

ADP

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  State: 2

**JARED POPE**

COLD SPRING, NY 10516

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 32.0000 | 177.00 | 5,664.00 | 47,927.50 |
| Gross Pay | | | $5,664.00 | 47,927.50 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -513.14 | 3,775.79 |
| | Social Security Tax | -307.08 | 2,574.73 |
| | Medicare Tax | -71.82 | 602.16 |
| | NY State Income Tax | -258.80 | 1,921.81 |
| | NY SUI/SDI Tax | -2.40 | 19.20 |
| | **Other** | | |
| | Checking | -3,799.70 | |
| | Health 125 | | |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,952.94

THIS IS NOT A CHECK

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

Advice number: 00000330045
Pay date: 08/15/2007

Deposited to the account of
JARED POPE

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | 8602 | 1240 0297 | $3,799.70 |

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

28

# Earnings Statement

**ADP**

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Period Ending: | 11/06/2007 |
| Pay Date: | 11/14/2007 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   State: 2

**JARED POPE**

COLD SPRING, NY 10516

Social Security Number: XXX-XX-4258

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 189.50 | 6,064.00 | 61,527.50 |
| Gross Pay | | | $6,064.00 | 61,527.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -581.83 | 4,864.41 |
| | Social Security Tax | -335.47 | 3,292.86 |
| | Medicare Tax | -78.46 | 770.11 |
| | NY State Income Tax | -290.18 | 2,482.99 |
| | NY SUI/SDI Tax | -2.40 | 26.40 |
| | **Other** | | |
| | Checking | -4,122.56 | |
| | Health 125 | * | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,410.90

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

*CLUB FIT BRIARCLIFF*
*P O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Advice number: | 00000460127 |
| Pay date: | 11/14/2007 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JARED POPE | 8602 | 1240 0297 | $4,122.56 |

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

29

**Earnings Statement**

ADP ®

CLUB FIT BRIARCLIFF
P O BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 11/30/2007 |
| Pay Date: | 12/14/2007 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    State:   2

**JARED POPE**

COLD SPRING, NY 10516

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 180.00 | 5,760.00 | 67,287.50 |
| Gross Pay | | | $5,760.00 | 67,287.50 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -536.23 | | 5,400.64 |
| | Social Security Tax | -316.63 | | 3,609.49 |
| | Medicare Tax | -74.05 | | 844.16 |
| | NY State Income Tax | -269.35 | | 2,752.34 |
| | NY SUI/SDI Tax | -2.40 | | 28.80 |
| | | | | |
| | **Other** | | | |
| | Checking | -3,908.24 | | |
| | Health 125 | | | |
| | **Net Pay** | $0.00 | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,106.90

CLUB FIT BRIARCLIFF
P. O. BOX 241
JEFFERSON VALLEY, NY 10535

| Advice number: | 00000564048 |
|---|---|
| Pay date: | 12/14/2007 |

Deposited to the account of
JARED POPE

| account number | transit ABA | amount |
|---|---|---|
| ████8602 | 1240 0297 | $3,908.24 |

THIS IS NOT A CHECK

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

30



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

| | |
|---|---|
| CHECK NO: | A000233 |
| CHECK DATE: | 01/16/08 |
| PERIOD ENDING: | 01/08/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 12/26/07-01/08/08 |

JARED POPE
COLD SPRING NY 10516

| ID NUMBER: 2200000766 | FED: | STATUS: MARRIED | EXEMPT: 02 | TAX ADJUSTMENTS FED: | ST: | STATE AND LOCAL CODES PRI: NY LOC1: | LOC3: |
|---|---|---|---|---|---|---|---|
| BASE RATE: | 0000 | ST1: MARRIED | 02 | DI/UC: | | SEC: LOC2: | LOC4: |
| SSN: | | ST2: | | LOCAL: | | | LOC5: |

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| HOLIDAY | 8 00 | 237 68 | 8 00 | 237.68 |
| COMMISSION | 199 50 | 6384 00 | 199 50 | 6384.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 381.88 | 381 88 |
| MEDICARE TAX | 91 64 | 91 64 |
| FED INC TAX | 656.93 | 656 93 |
| PRI-STATE TAX | 332.38 | 332 38 |
| SDI/UC TAX | 3.00 | 3 00 |
| | | |
| TOTAL TAXES | 1475.79 | 1475.79 |

AFTER-TAX DEDUCTIONS

### SPECIAL INFORMATION

SCHD HOURS    00

| TOTAL H/E | 207.50 | 6621.68 | 207.50 | 6621.68 |
|---|---|---|---|---|

PRE-TAX ITEMS

MEDICAL

CURRENT NET PAY DISTRIBUTION
C XXXXX8502          4844.48
CHECK AMOUNT              .00

| TOTAL PRE-TAX | 301.43- | | 301.43- |
|---|---|---|---|

| TOTAL | 207.50 | 6320.25 | 207.50 | 6320.25 |
|---|---|---|---|---|

| | GROSS | PRE-TAX | TAXABLE WAGES | TOTAL PER DED LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 6621 68 | 301.43- | 6320.25 | 1475.79 | 00 | 4844.46 |
| Y-D | 6621.68 | 301.43- | 6320.25 | 1475.79 | .00 | 4844.48 |

TOTAL CURRENT NET PAY    4844.48

| Statement Of Earnings | Detach at perforation below and keep for your records. | A Payroll Service By Ceridian |
|---|---|---|



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

JBL

DATE: 01-16-08          CHECK NO: A000233

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JARED POPE                              NOT NEGOTIABLE

COLD SPRING,NY 10516

31



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

| | |
|---|---|
| CHECK NO: | A000359 |
| CHECK DATE: | 01/30/08 |
| PERIOD ENDING: | 01/22/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 01/09/08-01/22/08 |

JARED POPE

COLD SPRING NY 10516

| | | STATUS | EXEMPT | TAX ADJUSTMENTS | | STATE AND LOCAL CODES | |
|---|---|---|---|---|---|---|---|
| ID NUMBER: 2200000766 | FED: MARRIED 02 | FED: | ST: | PRI: NY LOC1: LOC3: | | | |
| BASE RATE: 0000 | ST1: MARRIED 02 | DI/UC: | | SEC: LOC2: LOC4: | | | |
| SSN: | ST2: | LOCAL: | | LOC5: | | | |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| COMMISSION | 95.00 | 3040.00 | 294.50 | 9424 00 |
| HOLIDAY | | | 8 00 | 237.68 |
| | | | | |
| TOTAL H/E | 95.00 | 3040.00 | 302.50 | 9661.68 |

PRE-TAX ITEMS

MEDICAL

| TOTAL PRE-TAX | | 301.43- | | 602.86- |
| TOTAL | 95.00 | 2738.57 | 302.50 | 9058.82 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 169 79 | 561 66 |
| MEDICARE TAX | 39 71 | 131 35 |
| FED INC TAX | 284 34 | 951 27 |
| PRI-STATE TAX | 147.36 | 478.72 |
| SDI/UC TAX | 1 20 | 4 20 |
| | | |
| TOTAL TAXES | 662.40 | 2126.19 |

AFTER-TAX DEDUCTIONS

| TOTAL PER DED | | |
| LESS TAXES | LESS DEDS | EQ NET PAY |
| 662.40 | .00 | 2086.17 |
| 2126.19 | .00 | 6930.63 |

## SPECIAL INFORMATION

SCHD HOURS    .00

**CURRENT NET PAY DISTRIBUTION**
C XXXXXX8602    2086.17
CHECK AMOUNT    .00

TOTAL CURRENT NET PAY    2086.17

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3040.00 | 301.43- | 2738.57 | 662.40 | .00 | 2086.17 |
| Y-T-D | 9661.68 | 602.86- | 9058.82 | 2126.19 | .00 | 6930.63 |

Statement Of Earnings          Detach at perforation below and keep for your records.          A Payroll Service By Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

JHL

DATE: 01-30-08          CHECK NO: A000359

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS

JARED POPE

COLD SPRING,NY 10516

NOT NEGOTIABLE

32



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR  NY 10510

| | |
|---|---|
| CHECK NO: | A000471 |
| CHECK DATE: | 02/13/08 |
| PERIOD ENDING: | 02/05/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 01/23/08-02/05/08 |

JARED POPE
COLD SPRING NY 10516

| | | STATUS | EXEMPT | TAX ADJUSTMENTS | | STATE AND LOCAL CODES |
|---|---|---|---|---|---|---|
| ID NUMBER: 2200000766 | FED: MARRIED 02 | FED: | ST: | PRI: NY LOC1: LOC3: |
| BASE RATE: 0000 | ST1: MARRIED 02 | D1/UC: | | SEC: LOC2: LOC4: |
| SSN: | ST2: | LOCAL: | | LOC5: |

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| COMMISSION | 95.50 | 3056.00 | 390.00 | 12480.00 |
| HOLIDAY | | | 8.00 | 237.68 |
| | | | | |
| TOTAL H/E | 95.50 | 3056.00 | 398.00 | 12717.68 |

**PRE-TAX ITEMS**

| | | |
|---|---|---|
| 401K | | |
| MEDICAL | | |

| TOTAL PRE-TAX | 454.23- | 1057.09- |
|---|---|---|

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 170.78 | 732.43 |
| MEDICARE TAX | 39.94 | 171.29 |
| FED INC TAX | 273.82 | 1225.09 |
| PRI-STATE TAX | 137.99 | 617.71 |
| SDI/UC TAX | 1.20 | 5.40 |
| | | |
| TOTAL TAXES | 623.73 | 2751.92 |

**AFTER-TAX DEDUCTIONS**

## SPECIAL INFORMATION

| | |
|---|---|
| 401K MATCH | |
| YTD 401K MATCH | |
| SCHD HOURS | 00 |

**CURRENT NET PAY DISTRIBUTION**

| C XXXXXX8602 | 1978.04 |
|---|---|
| CHECK AMOUNT | .00 |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 95.50 | 2601.77 | 398.00 | 11660.59 | TOTAL PER DED | |
| CURRENT | 3056.00 | 454.23- | 2601.77 | 623.73 | .00 | 1978.04 |
| Y-T-D | 12717.68 | 1057.09- | 11660.59 | 2751.92 | .00 | 8908.67 |

| TOTAL CURRENT NET PAY | 1978.04 |
|---|---|

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian

---



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR  NY 10510

JBI

**DATE: 02-13-08        CHECK NO: A000471**

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JARED POPE

COLD SPRING, NY 10516

**NOT NEGOTIABLE**

33



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

CHECK NO:        A000596
CHECK DATE:      02/27/08
PERIOD ENDING:   02/19/08
PAY FREQUENCY:   BIWEEKLY
PAY PERIOD:      02/06/08-02/19/08

JARED POPE
OLD SPRING NY 10516

ID NUMBER: 2200000766
BASE RATE:      0000
SSN:

STATUS EXEMPT
FED: MARRIED 02
ST1: MARRIED 02
ST2:

TAX ADJUSTMENTS
FED:              ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: NY   LOC1:     LOC3:
SEC:      LOC2:     LOC4:
                    LOC5:

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CURRENT HOURS/UNITS EARNINGS | | Y-T-D HOURS/UNITS EARNINGS | | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT | |
| COMMISSION | 98.00 | 3072.00 | 468.00 | 15552.00 | SO SEC TAX | 171.78 | 904.21 | 401K MATCH |
| HOLIDAY | | | 8.00 | 237.88 | MEDICARE TAX | 40.18 | 211.47 | YTD 401K MATCH |
| | | | | | FED INC TAX | 276.10 | 1501.18 | SCHD HOURS .00 |
| | | | | | PRI-STATE TAX | 138.03 | 756.74 | |
| | | | | | SDI/UC TAX | 1.20 | 6.60 | |
| | | | | | | | | |
| | | | | | TOTAL TAXES | 628.29 | 3380.21 | |

AFTER-TAX DEDUCTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL H/E | 98.00 | 3072.00 | 494.00 | 15789.88 | | | | |

PRE-TAX ITEMS

401K
MEDICAL

CURRENT NET PAY DISTRIBUTION
C XXXXXX8902          1988.68
CHECK AMOUNT            .00

TOTAL PRE-TAX

| | CURRENT | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 98.00 | 2616.97 | 494.00 | 14277.58 | TOTAL PER DED | | | |
| | | 3072.00 | 455.03- | 2616.97 | 628.29 | .00 | 1988.68 | |
| Y-T-D | | 15789.88 | 1512.12- | 14277.88 | 3380.21 | .00 | 10897.35 | TOTAL CURRENT NET PAY 1988.68 |

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

JBL

DATE: 02-27-08          CHECK NO: A000596

R ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JARED POPE                                          NOT NEGOTIABLE

COLD SPRING,NY 10516

34



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

CHECK NO: A000963
CHECK DATE: 04/09/08
PERIOD ENDING: 04/01/08
PAY FREQUENCY: BIWEEKLY
PAY PERIOD: 03/19/08-04/01/08

JARED POPE
OLD SPRING NY 10516

ID NUMBER: 2200000766
BASE RATE: 0000
SSN:

STATUS EXEMPT
FED: MARRIED 02
ST1: MARRIED 02
ST2:

TAX ADJUSTMENTS:
FED:          ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: NY  LOC1:      LOC3:
SEC:      LOC2:      LOC4:
                     LOC5:

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT | |
| COMMISSION | 85 50 | 2884 25 | 751.50 | 24321 75 | SO SEC TAX | 168 80 | 1407 74 | 401K MATCH |
| HOLIDAY | | | 8.00 | 237 88 | MEDICARE TAX | 37 18 | 329 23 | YTD 401K MATCH |
| MISC MONEY | | | | 258 00 | FED INC TAX | 246 50 | 2302 39 | SCHD HOURS  .00 |
| | | | | | PRI-STATE TAX | 125 51 | 1161 45 | |
| | | | | | SDI/UC TAX | 1.20 | 10 20 | |
| | | | | | | | | |
| | | | | | TOTAL TAXES | 589.27 | 5211.01 | |
| | | | | | AFTER-TAX DEDUCTIONS | | | |
| TAL H/E | 85.50 | 2864.25 | 759.50 | 24815.43 | | | | |
| | | PRE-TAX ITEMS | | | | | | |
| 401K | | | | | | | | |
| MEDICAL | | | | | | | | |

CURRENT NET PAY DISTRIBUTION
C XXXXXX9602          1850.34
CHECK AMOUNT          .00

| TAL PRE-TAX | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TAL | 85.50 | 2419.61 | 759.50 | 21947.73 | TOTAL PER DED | | | |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2884.25 | 444.64- | 2419.61 | 569 27 | .00 | 1850.34 |
| Y-T-D | 24815.43 | 2867.70- | 21947.73 | 5211.01 | .00 | 16736.72 |

TOTAL CURRENT NET PAY          1850.34

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR NY 10510

JBL

DATE: 04-09-08          CHECK NO: A000963

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

JARED POPE                              **NOT NEGOTIABLE**

COLD SPRING,NY 10516

35



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

CHECK NO:        A001214
CHECK DATE:      05/07/08
PERIOD ENDING:   04/28/08
PAY FREQUENCY:   BIWEEKLY
PAY PERIOD:      04/16/08-04/28/08

RED POPE
LD SPRING NY 10516

| | | STATUS | EXEMPT | TAX ADJUSTMENTS | | STATE AND LOCAL CODES |
|---|---|---|---|---|---|---|
| ID NUMBER: 2200000766 | FED: MARRIED 02 | FED: | ST: | PRI: NY LOC1: LOC3: |
| BASE RATE: 0000 | ST1: MARRIED 02 | DI/UC: | | SEC: LOC2: LOC4: |
| SSN: | ST2: | LOCAL: | | LOC5: |

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| CATION | 24 00 | 748.40 | 24 00 | 748.40 |
| MISSION | 93.50 | 1792.28 | 895 00 | 28129.00 |
| IDAY | | | 8.00 | 237 88 |
| SC MONEY | | | | 258 00 |

(handwritten)
v        v
24 x  33.50 = 804
                - 746
                = 58

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 138 71 | 1716.68 |
| MEDICARE TAX | 32 44 | 401 02 |
| FED INC TAX | 200.10 | 2770.47 |
| PRI-STATE TAX | 104.32 | 1401.08 |
| SDI/UC TAX | 1.20 | 12 60 |

| TOTAL TAXES | 476.77 | 8299.87 |

### AFTER-TAX DEDUCTIONS

### SPECIAL INFORMATION

401K MATCH
YTD 401K MATCH
SCHD  HOURS    .00

| AL H/E | 77.50 | 2538.65 | 827.00 | 30369.08 |

### PRE-TAX ITEMS

01K
ICAL

### CURRENT NET PAY DISTRIBUTION
C XXXXXX9802        1633.52
CHECK AMOUNT              00

| AL PRE-TAX | | | | |
| AL | 77.50 | 2110.29 | 827.00 | 26620.84 | TOTAL PER DED |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| RENT | 2538.65 | 428.36 | 2110 29 | 476 77 | .00 | 1633.52 |
| -D | 30369.08 | 3748.24 | 26620.84 | 8299.87 | .00 | 26620.97 | TOTAL CURRENT NET PAY 1633.52 |

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

JBL

DATE: 05-07-08        CHECK NO: A001214

R ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS

JARED POPE        NOT NEGOTIABLE

COLD SPRING, NY 10516

36



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

| CHECK NO: | A001336 |
|---|---|
| CHECK DATE: | 05/21/08 |
| PERIOD ENDING: | 05/13/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 04/30/08-05/13/08 |

JARED POPE
COLD SPRING NY 10516

| ID NUMBER: | 2200000786 |
| BASE RATE: | 0000 |
| SSN: |

| STATUS | EXEMPT |
|---|---|
| FED: MARRIED 02 | |
| ST1: MARRIED 02 | |
| ST2: | |

**TAX ADJUSTMENTS**
FED:                  ST:
DI/UC:
LOCAL:

**STATE AND LOCAL CODES**
PRI: NY  LOC1:        LOC3:
SEC:         LOC2:        LOC4:
                            LOC5:

## IMPORTANT MESSAGE

| HOURS AND EARNINGS | TAXES AND DEDUCTIONS | SPECIAL INFORMATION |
|---|---|---|

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS | DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|---|---|---|---|---|
| COMMISSION | 83.00 | 2780.50 | 978.00 | 31908.50 | SO SEC TAX | 153.70 | 1888.39 |
| HOLIDAY | | | 8.00 | 237.66 | MEDICARE TAX | 35.84 | 438.98 |
| VACATION | | | 24.00 | 748.40 | FED INC TAX | 234.58 | 3005.03 |
| MISC MONEY | | | | 255.00 | PRI-STATE TAX | 120.06 | 1521.15 |
| | | | | | SDI/UC TAX | 1.20 | 13.60 |

401K MATCH
YTD 401K MATCH
SCHD HOURS        .00

TOTAL TAXES     545.46     6845.33

**AFTER-TAX DEDUCTIONS**

| TAL H/E | 83.00 | 2780.50 | 1010.00 | 33149.56 |
|---|---|---|---|---|

**PRE-TAX ITEMS**
401K
MEDICAL

**CURRENT NET PAY DISTRIBUTION**
C XXXXXX8602           1794.58
CHECK AMOUNT               .00

**TAL PRE-TAX**

| | 83.00 | 2340.04 | 1010.00 | 26860.66 |
|---|---|---|---|---|

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2780.50 | 440.46- | 2340.04 | 545.46 | .00 | 1794.58 |
| Y-T-D | 33149.56 | 4188.70- | 28960.86 | 6845.33 | .00 | 22115.53 |

TOTAL PER DED

TOTAL CURRENT NET PAY    1794.58

Statement Of Earnings          Detach at perforation below and keep for your records.          A Payroll Service By Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR  NY 10510

JBL

DATE: 05-21-08          CHECK NO: A001336

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
"CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS

JARED POPE                                                    NOT NEGOTIABLE

COLD SPRING,NY 10516

37

# EXHIBIT C

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:     10/31/2005
Pay Date:          11/15/2005

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  0
   State:    0

ERIN CRANDALL

OSSINING , NY 10562

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 29.0000 | 194.50 | 5,640.50 | 7,757.50 |
| Gross Pay | | | $5,640.50 | 7,757.50 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -1,074.66 | 1,288.63 |
| | Social Security Tax | -340.12 | 452.56 |
| | Medicare Tax | -79.54 | 105.84 |
| | NY State Income Tax | -308.48 | 367.91 |
| | NY SUI/SDI Tax | -2.40 | 4.80 |
| | Other | | |
| | Advance | -400.00 | -200.00 |
| | Health 125 | | |
| | Net Pay | $3,280.55 | |

**Important Notes**

FLU SHOTS OFFERED AT JEFFERSON VALLEY AND
BRIARCLIFF - SEE FLYER FOR DETAILS

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,485.75



CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:   12/06/2005
Pay Date:        12/14/2005

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal:　0
　State:　　0

ERIN CRANDALL



OSSINING, NY 10562

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 29.0000 | 179.50 | 5,205.50 | 12,963.00 |
| Gross Pay | | | 5,205.50 | 12,963.00 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -962.70 | 2,251.33 |
| | Social Security Tax | -313.24 | 765.80 |
| | Medicare Tax | -73.26 | 179.10 |
| | NY State Income Tax | -278.78 | 646.69 |
| | NY SUI/SDI Tax | -2.40 | 7.20 |
| | **Other** | | |
| | Advance | -600.00 | -200.00 |
| | Health 125 | * | |
| | **Net Pay** | 2,821.90 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,052.28

© 1991 ADP, Inc.



2

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:     01/16/2007
Pay Date:          01/24/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  State:    0

**ERIN CRANDALL**

OSSINING , NY 10562

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 10.0000 | 30.00 | 300.00 | 5,147.30 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Gross Pay | | | 992.30 | 5,147.30 |

| Deductions | Statutory | | |
|------------|-----------|-----------|--------|
| | Federal Income Tax | -119.20 | 744.10 |
| | Social Security Tax | -61.53 | 308.84 |
| | Medicare Tax | -14.39 | 72.23 |
| | NY State Income Tax | -34.76 | 221.42 |
| | NY SUI/SDI Tax | -1.20 | 4.80 |
| | **Other** | | |
| | Life Ins | | |
| | Health 125 | | |
| | Net Pay | | 751.55 |

Your federal taxable wages this period are $992.30

© 1991 ADP Inc

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    01/30/2007
Pay Date:         02/07/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 10.0000 | 30.00 | 300.00 | 6,139.60 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Gross Pay | | | 992.30 | 6,139.60 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | | |

| Deductions | Statutory | | |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -100.26 | 844.36 |
| | Social Security Tax | -56.76 | 365.60 |
| | Medicare Tax | -13.27 | 85.50 |
| | NY State Income Tax | -27.31 | 248.73 |
| | NY SUI/SDI Tax | -1.20 | 6.00 |

| | Other | | |
|--|-------|--|--|
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |
| | Net Pay | | $659.86 |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $866.02

© 1991 ADP, Inc.

4

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    01/31/2007
Pay Date:         02/14/2007

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    State:   0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 31.0000 | 100.50 | 3,115.50 | 9,255.10 |
| Gross Pay | | | $3,115.50 | 9,255.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -422.79 | 1,267.15 |
| | Social Security Tax | -193.17 | 558.77 |
| | Medicare Tax | -45.18 | 130.68 |
| | NY State Income Tax | -135.44 | 384.17 |
| | NY SUI/SDI Tax | -2.40 | 8.40 |

| Other | | |
|---|---|---|
| 401K | | |
| Health 125 | | |
| Life Ins | | |

| Net Pay | $2,160.74 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,959.72

© 1991 ADP, Inc.

5

QUEEN BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:     03/13/2007
Pay Date:          03/21/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0

**ERIN CRANDALL**

OSSINING, NY 10562

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 11.0000 | 30.00 | 330.00 | 14,772.00 |
| Regular | 17.3075 | 40.00 | 692.30 |  |
| Gross Pay |  |  | $1,022.30 | 14,772.00 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
|  | Federal Income Tax | -104.53 | 1,870.58 |
|  | Social Security Tax | -58.62 | 886.55 |
|  | Medicare Tax | -13.71 | 207.34 |
|  | NY State Income Tax | -28.99 | 563.55 |
|  | NY SUI/SDI Tax | -1.20 | 14.40 |

| Other | this period | total to date |
|-------|-------------|---------------|
| Health 125 |  |  |
| Life Ins |  |  |
| 401K |  |  |
| Net Pay | $600.11 |  |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match |  |  |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $894.52

© 1991 ADP, Inc.

6

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    03/27/2007
Pay Date:    04/04/2007

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    State:    0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 11.0000 | 30.00 | 330.00 | 15,794.30 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Gross Pay | | | $1,022.30 | 15,794.30 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -104.53 | 1,975.11 |
| | Social Security Tax | -58.63 | 945.18 |
| | Medicare Tax | -13.71 | 221.05 |
| | NY State Income Tax | -28.99 | 592.54 |
| | NY SUI/SDI Tax | -1.20 | 15.60 |

| | Other | | |
|--|-------|--|--|
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |
| | Net Pay | | $680.10 |

**\* Excluded from federal taxable wages**
Your federal taxable wages this period are $894.52

© 1991 ADP, Inc.

7

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:     03/31/2007
Pay Date:          04/16/2007



Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    State:    0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 31.0000 | 116.00 | 3,596.00 | 19,390.30 |
| Gross Pay | | | 3,596.00 | 19,390.30 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K Match | | |

| Deductions | | this period | year to date |
|-----------|--|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -536.91 | 2,512.02 |
| Social Security Tax | | -222.96 | 1,168.14 |
| Medicare Tax | | -52.14 | 273.19 |
| NY State Income Tax | | -166.71 | 759.25 |
| NY SUI/SDI Tax | | -2.40 | 18.00 |
| **Other** | | | |
| 401K | | | |
| Health 125 | | | |
| Life Ins | | | |
| Net Pay | | | 2,615.00 |





\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,416.20



P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending: 07/17/2007
Pay Date: 07/25/2007

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    State: 0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 11.0000 | 40.00 | 440.00 | 36,536.70 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Misc | | | | 14.30 |
| Gross Pay | | | $1,132.30 | 36,551.00 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Match | ▓ | ▓ |



| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -120.21 | 4,498.65 |
| | Social Security Tax | -65.45 | 2,194.08 |
| | Medicare Tax | -15.31 | 513.13 |
| | NY State Income Tax | -35.15 | 1,367.68 |
| | NY SUI/SDI Tax | | 31.20 |
| | **Other** | | |
| | Health 125 | ▓ | ▓ |
| | Life Ins | ▓ | ▓ |
| | 401K | ▓ | ▓ |
| | Net Pay | | $755.54 |

**\* Excluded from federal taxable wages**
    Your federal taxable wages this period are $999.02

© 1991 ADP, Inc.

9



GCLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    07/31/2007
Pay Date:         08/08/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State:   0

**ERIN CRANDALL**

OSSINING , NY 10562

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 40.00 | 440.00 | 37,669.00 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Misc | | | | 14.30 |
| Gross Pay | | | $1,132.30 | 37,683.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ▓▓▓ | ▓▓▓ |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.21 | 4,618.86 |
| | Social Security Tax | -65.45 | 2,259.53 |
| | Medicare Tax | -15.31 | 528.44 |
| | NY State Income Tax | -35.15 | 1,402.83 |
| | NY SUI/SDI Tax | | 31.20 |

| | Other | | |
|---|---|---|---|
| | Health 125 | ▓▓▓ | ▓▓▓ |
| | Life Ins | | ▓▓▓ |
| | 401K | ▓▓▓ | ▓▓▓ |
| | Net Pay | | $755.54 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $999.02

© 1991 ADP, Inc.



10

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:          07/31/2007
Pay Date:               08/15/2007



Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    State:    0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 31.0000 | 58.50 | 1,813.50 | 39,482.50 |
| Misc | | | | 14.30 |
| Gross Pay | | | 1,813.50 | 39,496.80 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -199.13 | 4,817.99 |
| | Social Security Tax | -112.43 | 2,371.96 |
| | Medicare Tax | -26.29 | 554.73 |
| | NY State Income Tax | -54.07 | 1,456.90 |
| | NY SUI/SDI Tax | | 31.20 |

| | Other | |
|--|-------|--|
| | 401K | |
| | Health 125 | |
| | Life Ins | |
| | Net Pay | 1,355.50 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,722.82

GLOBYFIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:    08/14/2007
Pay Date:    08/22/2007



Taxable Marital Status: Single
Exemptions/Allowances:
 Federal:   0
 State:     0

Social Security Number: XXX-XX-2067

**ERIN CRANDALL**

**OSSINING , NY 10562**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 40.00 | 440.00 | 40,614.80 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Misc | | | | 14.30 |
| Gross Pay | | | $1,132.30 | 40,629.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

**Important Notes**
2007 ONLINE STAFF SURVEY COMING SEPTEMBER 10 THRU
OCTOBER 8

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.21 | 4,938.20 |
| | Social Security Tax | -65.45 | 2,437.41 |
| | Medicare Tax | -15.31 | 570.04 |
| | NY State Income Tax | -35.15 | 1,492.05 |
| | NY SUI/SDI Tax | | 31.20 |

| | Other | | |
|---|---|---|---|
| | Health 125 | | |
| | Life Ins | | |
| | 401K | | |

| Net Pay | | $755.84 |
|---|---|---|

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $999.02

© 1991 ADP, Inc.



*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:  08/28/2007
Pay Date:       09/05/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State:   0

**ERIN CRANDALL**
████████████████
**OSSINING, NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 11.0000 | 40.00 | 440.00 | 41,747.10 |
| Regular | 17.3075 | 40.00 | 692.30 | |
| Misc | | | | 14.30 |
| Gross Pay | | | $1,132.30 | 41,761.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ████ | ████ |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -120.21 | 5,058.41 |
| | Social Security Tax | -65.45 | 2,502.86 |
| | Medicare Tax | -15.31 | 585.35 |
| | NY State Income Tax | -35.15 | 1,527.20 |
| | NY SUI/SDI Tax | | 31.20 |

| | Other | | |
|---|---|---|---|
| | Health 125 | █████ | █████ |
| | Life Ins | ████ | ████ |
| | 401K | ████ | ████ |
| | Net Pay | | $755.54 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $999.02

© 1991 ADP, Inc

13

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    08/31/2007
Pay Date:    09/14/2007

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    State: 0

**ERIN CRANDALL**

**OSSINING , NY 10562**

Social Security Number: XXX-XX-2067

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.0000 | 49.50 | 1,534.50 | 43,281.60 |
| Misc | | | | 14.30 |
| Gross Pay | | | $1,534.50 | 43,295.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

**Important Notes**

2007 ONLINE STAFF SURVEY COMING SEPTEMBER 10 THRU OCTOBER 8

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -159.37 | 5,217.78 |
| | Social Security Tax | -95.14 | 2,598.00 |
| | Medicare Tax | -22.25 | 607.60 |
| | NY State Income Tax | -38.94 | 1,566.14 |
| | NY SUI/SDI Tax | | 31.20 |

| | Other | |
|---|---|---|
| | 401K | |
| | Health 125 | |
| | Life Ins | |
| | Net Pay | $1,142.07 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,457.77

© 1991 ADP, Inc.

14

# EXHIBIT D

**Earnings Statement**

ADP

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Period Ending:    01/16/2007
Pay Date:         01/24/2007

**MICHAEL WISNIEWSKI**

BRIARCLIFF MANOR, NY 10510

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    State:    0

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 38.25 | 669.38 | 2,167.51 |
| Regular | 20.0000 | 40.00 | 800.00 | |
| Misc | | | | 500.00 |
| Gross Pay | | | $1,469.38 | 2,667.51 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -184.53 | 320.06 |
| | Social Security Tax | -85.09 | 153.36 |
| | Medicare Tax | -19.90 | 35.87 |
| | NY State Income Tax | -60.36 | 102.14 |
| | NY SUI/SDI Tax | -1.20 | 2.40 |
| | **Other** | | |
| | Checking | -1,021.31 | |
| | Health 125 | | |
| | Net Pay | $0.00 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,372.39

©2001 Automatic Data Processing, Inc.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc.

THIS IS NOT A CHECK

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

Advice number:    00000040053
Pay date:         01/24/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **MICHAEL WISNIEWSKI** | 8565 | 0210 0002 | $1,021.31 |

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Period Ending: | 01/30/2007 |
| Pay Date: | 02/07/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State: 0

**MICHAEL WISNIEWSKI**

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 63.75 | 1,115.63 | 4,083.14 |
| Regular | 20.0000 | 40.00 | 800.00 | |
| Misc | | | | 500.00 |
| **Gross Pay** | | | **$1,915.63** | 4,583.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ▉ | ▉ |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -267.36 | 587.42 |
| | Social Security Tax | -112.75 | 266.11 |
| | Medicare Tax | -26.37 | 62.24 |
| | NY State Income Tax | -83.05 | 185.19 |
| | NY SUI/SDI Tax | -1.20 | 3.60 |
| | **Other** | | |
| | Checking | -1,212.97 | |
| | Health 125 | ▉ | |
| | 401K | ▉ | ▉ |
| | **Net Pay** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,703.70

© 1991 ADP, Inc.

VERIFY / DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000060051 |
| Pay date: | 02/07/2007 |

Deposited to the account of
**MICHAEL WISNIEWSKI**

| account number | transit ABA | amount |
|---|---|---|
| ▉8565 | 0210 0002 | $1,212.97 |

**THIS IS NOT A CHECK**

Wachovia Bank, N.A.

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Earnings Statement**    ADP

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 07/31/2007 |
| Pay Date: | 08/08/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State: 0

**MICHAEL WISNIEWSKI**

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 53.25 | 931.88 | 25,491.28 |
| Regular | 20.0000 | 40.00 | 800.00 | |
| Misc | | | | 514.30 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$1,731.88** | 26,405.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -224.18 | 3,128.88 |
| | Social Security Tax | -101.36 | 1,540.93 |
| | Medicare Tax | -23.71 | 360.38 |
| | NY State Income Tax | -71.22 | 978.61 |
| | NY SUI/SDI Tax | -1.20 | 19.20 |
| | **Other** | | |
| | Checking | -1,109.31 | |
| | Health 125 | | |
| | 401K | * | |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,530.98

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000320055 |
| Pay date: | 08/08/2007 |

Deposited to the account of
**MICHAEL WISNIEWSKI**

| | account number | transit ABA | amount |
|---|---|---|---|
| | 8565 | 0210 0002 | $1,109.31 |

THIS IS NOT A CHECK

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**



**Earnings Statement**

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

Period Ending:     08/28/2007
Pay Date:          09/05/2007

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  0
   State:    0

**MICHAEL WISNIEWSKI**

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 42.50 | 743.75 | 28,696.28 |
| Regular | 20.0000 | 60.00 | 1,200.00 | |
| Misc | | | | 514.30 |
| Vacation | | | | 400.00 |
| Gross Pay | | | $1,943.75 | 29,610.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ▆▆▆ | ▆▆▆ |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -273.96 | 3,536.48 |
| | Social Security Tax | -114.50 | 1,727.62 |
| | Medicare Tax | -26.78 | 404.04 |
| | NY State Income Tax | -84.87 | 1,104.40 |
| | NY SUI/SDI Tax | -1.20 | 21.60 |
| | **Other** | | |
| | Checking | -1,228.82 | |
| | Health 125 | ▆▆▆ | ▆▆▆ |
| | 401K | ▆▆▆ | ▆▆▆ |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,730.13

# Earnings Statement



*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Period Ending: | 09/11/2007 |
| Pay Date: | 09/19/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 State: 0

**MICHAEL WISNIEWSKI**

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 37.50 | 656.25 | 30,552.53 |
| Regular | 20.0000 | 60.00 | 1,200.00 | |
| Misc | | | | 514.30 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$1,856.25** | 31,466.83 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -253.40 | 3,789.88 |
| | Social Security Tax | -109.07 | 1,836.69 |
| | Medicare Tax | -25.51 | 429.55 |
| | NY State Income Tax | -79.23 | 1,183.63 |
| | NY SUI/SDI Tax | -1.20 | 22.80 |
| | **Other** | | |
| | Checking | -1,179.47 | |
| | Health 125 | | |
| | 401K | | |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,647.88

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

*CLUB FIT BRIARCLIFF*
*P.O. BOX 241*
*JEFFERSON VALLEY, NY 10535*

| | |
|---|---|
| Advice number: | 00000380051 |
| Pay date: | 09/19/2007 |

Deposited to the account of
**MICHAEL WISNIEWSKI**

| account number | transit ABA | amount |
|---|---|---|
| 8565 | 0210 0002 | $1,179.47 |

Wachovia Bank, N.A.

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

5

**ADP**

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Period Ending: | 10/09/2007 |
| Pay Date: | 10/17/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
State: 0

**MICHAEL WISNIEWSKI**

███████████████

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 51.00 | 892.50 | 34,611.28 |
| Regular | 20.0000 | 60.00 | 1,200.00 | |
| Misc | | | | 514.30 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$2,092.50** | 35,525.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | ██████ | ██████ |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -304.93 | 4,308.56 |
| | Social Security Tax | -122.73 | 2,075.31 |
| | Medicare Tax | -28.71 | 485.36 |
| | NY State Income Tax | -93.35 | 1,342.69 |
| | NY SUI/SDI Tax | -1.20 | 26.80 |
| | **Other** | | |
| | Checking | -1,303.06 | |
| | Health 125 | ██████ | ██████ |
| | 401K | ██████ | ██████ |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,853.98

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000420055 |
| Pay date: | 10/17/2007 |

Deposited to the account of
**MICHAEL WISNIEWSKI**

| account number | transit ABA | amount |
|---|---|---|
| ████8565 | 0210 0002 | $1,303.06 |

Wachovia Bank, N.A.

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

6

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

**Earnings Statement**

ADP

| | |
|---|---|
| Period Ending: | 10/23/2007 |
| Pay Date: | 10/31/2007 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   State: 0

**MICHAEL WISNIEWSKI**

**BRIARCLIFF MANOR, NY 10510**

Social Security Number: XXX-XX-4011

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 34.00 | 595.00 | 36,406.28 |
| Regular | 20.0000 | 60.00 | 1,200.00 | |
| Misc | | | | 514.30 |
| Vacation | | | | 400.00 |
| **Gross Pay** | | | **$1,795.00** | 37,320.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -237.01 | 4,545.57 |
| | Social Security Tax | -104.79 | 2,180.10 |
| | Medicare Tax | -24.50 | 509.86 |
| | NY State Income Tax | -74.74 | 1,417.43 |
| | NY SUI/SDI Tax | -1.20 | 28.00 |
| | **Other** | | |
| | Checking | -1,140.08 | |
| | Health 125 | | |
| | 401K | | |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,582.32

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CLUB FIT BRIARCLIFF
P.O. BOX 241
JEFFERSON VALLEY, NY 10535

| | |
|---|---|
| Advice number: | 00000440050 |
| Pay date: | 10/31/2007 |

Deposited to the account of
**MICHAEL WISNIEWSKI**

| account number | transit ABA | amount |
|---|---|---|
| 8565 | 0210 0002 | $1,140.08 |

THIS IS NOT A CHECK

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

7



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

| | |
|---|---|
| CHECK NO: | A001351 |
| CHECK DATE: | 06/04/08 |
| PERIOD ENDING: | 05/27/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 05/14/08-05/27/0 |

MICHAEL WISNIEWSKI
BRIARCLIFF MANOR, NY
10510

| | | STATUS | EXEMPT | TAX ADJUSTMENTS | | | | STATE AND LOCAL CODES |
|---|---|---|---|---|---|---|---|---|
| ID NUMBER: 0300000076 | FED: | SINGLE | 00 | FED: | | ST: | PRI: NY LOC1: | LOC |
| BASE RATE: 1692.31 | ST1: | SINGLE | 00 | DI/UC: | | | SEC: LOC2: | LOC |
| SSN: | ST2: | | | LOCAL: | | | | LOC |

## IMPORTANT MESSAGE

## HOURS AND EARNINGS

| | CURRENT | | Y-T-D | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | | | |
| REGULAR | 80.00 | 1692.31 | 710.00 | 14292.31 | | | |
| SAL W/ RATE A | 20.00 | 350.00 | 192.62 | 3370.87 | | | |
| COMMISSION | | | 3.50 | 70.00 | | | |
| MISC MONEY | | | | 3850.00 | | | |
| | | | | | | | |
| TOTAL H/E | 100.00 | 2042.31 | 906.12 | 21583.18 | | | |

### PRE-TAX ITEMS

| | | | | | |
|---|---|---|---|---|---|
| 401K | | | | | |
| MEDICAL | | 104.98- | | 1154.78- | |
| | | | | | |
| TOTAL PRE-TAX | | 227.52- | | 2448.78- | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | 100.00 | 1814.78 | 906.12 | 19133.40 | |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 120.11 | 1266.56 |
| MEDICARE TAX | 28.09 | 296.21 |
| FED INC TAX | 293.08 | 2316.29 |
| PRI-STATE TAX | 90.87 | 702.17 |
| SDI/UC TAX | 1.20 | 20.40 |
| | | |
| TOTAL TAXES | 533.15 | 4601.63 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| | | |

## SPECIAL INFORMATION

| | |
|---|---|
| 401K MATCH | |
| YTD 401K MATCH | |
| SCHD HOURS | .00 |

**CURRENT NET PAY DISTRIBUTION**

| | | |
|---|---|---|
| C XXXXXXXX8565 | | 1281 |
| CHECK AMOUNT | | |

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY | TOTAL CURRENT NET PAY | 1281 |
|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL PER DED | | | |
| CURRENT | 2042.31 | 227.52- | 1814.78 | 533.15 | .00 | 1281.64 | | |
| Y-T-D | 21583.18 | 2448.78- | 19133.40 | 4601.63 | .00 | 14531.77 | | |

Statement of Earnings     Detach at perforation below and keep for your records.     A payroll service by Ceridian



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

JBL

DATE: 06-04-08          CHECK NO: A001351

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MICHAEL WISNIEWSKI                                    NOT NEGOTIABLE

BRIARCLIFF MANOR, NY 10510



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

| | |
|---|---|
| CHECK NO: | A001474 |
| CHECK DATE: | 06/18/08 |
| PERIOD ENDING: | 06/10/08 |
| PAY FREQUENCY: | BIWEEKLY |
| PAY PERIOD: | 05/28/08-06/10/08 |

MICHAEL WISNIEWSKI
BRIARCLIFF MANOR, NY
10510

ID NUMBER: 0300000076
BASE RATE: 1692.31
SSN:

**STATUS**
FED: SINGLE
ST1: SINGLE
ST2:

**EXEMPT**
00
00

**TAX ADJUSTMENTS**
FED:
DI/UC:
LOCAL:

ST:

**STATE AND LOCAL CODES**
PRI: NY  LOC1:  LOC3
SEC:  LOC2:  LOC4
LOC5

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 80.00 | 1692.31 | 780.00 | 15984.62 |
| COMMISSION | 38.00 | 850.00 | 41.50 | 1020.00 |
| SAL W/ RATE A | | | 182.62 | 3370.87 |
| MISC MONEY | | | | 3850.00 |
| | | | | |
| TOTAL H/E | 118.00 | 2642.31 | 1024.12 | 24225.49 |

### PRE-TAX ITEMS

| | | |
|---|---|---|
| 401K | | |
| MEDICAL | 104.98- | 1259.76- |
| | | |
| TOTAL PRE-TAX | 263.52- | 2713.30- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 157.32 | 1423.88 |
| MEDICARE TAX | 36.79 | 333.00 |
| FED INC TAX | 434.08 | 2750.37 |
| PRI-STATE TAX | 129.30 | 831.47 |
| SDI/UC TAX | 1.20 | 21.60 |
| | | |
| TOTAL TAXES | 758.69 | 5360.32 |

### AFTER-TAX DEDUCTIONS

### SPECIAL INFORMATION

401K MATCH
YTD 401K MATCH
SCHD HOURS    .00

### CURRENT NET PAY DISTRIBUTION
C XXXXXXXX8565    1620
CHECK AMOUNT

| | GROSS | PRE-TAX | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ. NET PAY |
|---|---|---|---|---|---|---|
| | 118.00 | | 1024.12 | | TOTAL PER DED | |
| CURRENT | 2642.31 | 263.52- | 2378.79 | 758.69 | .00 | 1620.10 |
| Y-T-D | 24225.49 | 2713.30- | 21512.19 | 5360.32 | .00 | 16151.87 |
| TOTAL | | | | | TOTAL CURRENT NET PAY | 1620. |

---



**CLUB FIT BRIARCLIFF**
584 NORTH STATE ROAD
BRIARCLIFF MANOR, NY 10510

JBL

DATE: 06-18-08          CHECK NO: A001474

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MICHAEL WISNIEWSKI                          NOT NEGOTIABLE

BRIARCLIFF MANOR, NY 10510

9

# EXHIBIT E

# <u>AMENDED [PROPOSED] COURT AUTHORIZED NOTICE</u>

# <u>CONCERNING CLUB FIT</u>

### <u>UNITED STATES DISTRICT COURT</u>
### <u>SOUTHERN DISTRICT OF NEW YORK</u>

## If you were employed by Club Fit
## between May 15, 2002 and the present, and were paid by the
## hour at any time during that period,
## please read this notice.

*This is a court authorized notice. This is not a solicitation from a lawyer .*

- Former workers have sued Club Fit, claiming that Club Fit failed to pay appropriate overtime and other wages required by law.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this collective action, you keep the possibility of getting money or benefits that may result from a trial or a settlement in this lawsuit, but you give up any rights to separately sue Club Fit about the same legal claims in this lawsuit. <br><br> **If you wish to be included, you must complete the form at the end of this Notice and submit it by [60 DAYS FROM DATE OF NOTICE]** |
| **DO NOTHING** | By doing nothing, you will not be included in this action. This means that you give up the possibility of getting money or benefits that may result from a trial or settlement in this lawsuit if those bringing the lawsuit are successful. You keep any rights to sue Club Fit separately about the same legal claims in this lawsuit, but the statute of limitations period on your claim continues to run. You may choose not to sue Club Fit at all. |

- Your options are explained in this notice. To ask to be included in the lawsuit, you must act before _____ (insert 60 days from date notice is sent out) _____.

**This notice contains information that affects your rights. Please read it carefully.**

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330 or cmarlborough@faruqilaw.com.   All inquiries are confidential.**

### 1. Why did I get this notice?

You are getting this notice because Club Fit's records show that you previously worked for Club Fit.  A lawsuit has been brought against Club Fit claiming that its workers, including tennis, fitness, aquatics, wellness and café staff were not paid all wages required by law, including overtime wages.  The Court is trying to determine which employees wish to participate in the case.  The Honorable Barbara S. Jones, United States District Court Judge in the Southern District of New York, is overseeing this collective action.  The lawsuit is known as *Bazzini v. Club Fit Management, Inc., et al*, 08-cv-4530.

### 2. What is the lawsuit about?

This lawsuit is about whether Club Fit should have paid its workers overtime for each hour worked per workweek in excess of forty hours, and other wage and hour violations.

### 3. What is a collective action and who is involved?

In a collective action lawsuit, one or more persons who have similar claims can bring a lawsuit that includes others who have similar claims.  All Club Fit employees who decide to participate in the case are part of a "Collective Action."  The former employees who brought this lawsuit – and all of the Collective Action Members – are called the Plaintiffs. The companies that they have sued, Club Fit Management, Inc. and Jefferson Valley Racquet Club, Inc. as well as David Swope, Beth Beck and Bill Beck, are called the Defendants.  One Court resolves the issues for everyone who decides to join the case.

### 4. What is Club Fit's position?

Club Fit maintains that they did nothing wrong.  For a copy of Club Fit's answer to the complaint in this case, or any of the papers filed in the case, please contact Plaintiffs' counsel at the address noted in paragraph 12, below.

### 5. Has the Court decided who is right?

The Court has not decided whether Club Fit or the Plaintiffs are correct.  By establishing the collective action and issuing the Notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

### 6. What are the Plaintiffs asking for?

Plaintiffs are seeking to change Club Fit's pay practices and policies and to recover unpaid wages including overtime wages. Plaintiffs are also seeking recovery of attorneys' fees and costs.

| **7.    Can I join this lawsuit?** |
| --- |

To be eligible to join this lawsuit, you must have been employed by Club Fit after [Date to be determined by the Court] and have no ownership interest in Club Fit.

| **8.    I'm not sure if I am included.** |
| --- |

If you are still not sure whether you are included, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

| **9.    What happens if I do nothing at all?** |
| --- |

If you choose not to join this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will not be entitled to share any amounts recovered by Plaintiffs as part of this lawsuit. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted. You should be aware that your federal wage and hour claims are limited by a two- or three-year statute of limitations, and your state law claims are limited by a six-year statute of limitations. Delay in joining this action, or proceeding separately, may result in some or all of your claims expiring as a matter of law. If you proceed separately, you may also have to pay for your own lawyer.

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330 or cmarlborough@faruqilaw.com.   All inquiries are confidential.**

### 10.  What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable.  You will also share in any proceeds from a settlement or judgment.   By joining this lawsuit, you designate the named Plaintiff(s) as your representative(s), and to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit.  These decisions and agreements made and entered into will be binding if you join the lawsuit.  While this suit is pending, you may be asked to provide documents or information relating to your employment, or otherwise participate in written and/or oral discovery proceedings and/or a trial of this matter.

### 11.  Can Club Fit and/or my current employer retaliate against me if I join the lawsuit?

It is a violation of federal law for Club Fit or any of its related entities to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case.  If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, you may contact Plaintiffs' lawyers or any other lawyers of your choosing.

### 12.  How do I ask the Court to include me in the case?

Enclosed is a form called "Consent to Sue."  If you choose to join this lawsuit, it is extremely important that you read, sign and promptly return the Consent to Sue form.  An addressed and postage paid envelope is enclosed for your convenience.  Should the enclosed envelope be lost or misplaced, the Consent to Sue form must be sent to:

**Club Fit Lawsuit**
**Faruqi & Faruqi, LLP**
**369 Lexington Avenue, 10th Floor**
**New York, New York 10017**

The signed Consent to Sue form must be postmarked by _____ [60 days from mailing of this Notice]_____.  **If your signed Consent to Sue form is not postmarked by [60 days from mailing of the Notice], you will not participate in this lawsuit, you will not share in a monetary recovery, and you will not be bound by any settlement or judgment.**

### 13.  Who will be my lawyer?

If you choose to join this lawsuit you will be represented by Adam Gonnelli of Faruqi & Faruqi, LLP, 369 Lexington Avenue, 10th Floor, New York, New York 10017, agonnelli@faruqilaw.com.  You can learn about the firm at www.faruqilaw.com

4

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330
or cmarlborough@faruqilaw.com.  All inquiries are confidential.**

| **14.  Should I get my own lawyer?** |
| --- |

You do not need to hire your own lawyer because if you join the suit by submitting your Consent To Sue form, Plaintiffs' Counsel will be working on your behalf. But if you want your own lawyer, you may hire one.  But in that case you may have to pay that lawyer and may have to file your own separate lawsuit.

| **15.  How will the lawyers be paid?** |
| --- |

The named Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class.  The Court may also be asked to determine the amount of fees.  The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Club Fit, or may be a combination of the two.

5

# EXHIBIT F

## AMENDED [PROPOSED] COURT AUTHORIZED NOTICE

## CONCERNING CLUB FIT

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

**If you were employed by Club Fit
between May 15, 2002 and the present, and were paid by the
hour at any time during that period,
please read this notice.**

*This is a court authorized notice. This is not a solicitation from a lawyer .*

- Former workers have sued Club Fit, claiming that Club Fit failed to pay appropriate overtime and other wages required by law.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this collective action, you keep the possibility of getting money or benefits that may result from a trial or a settlement in this lawsuit, but you give up any rights to separately sue Club Fit about the same legal claims in this lawsuit.<br><br>**If you wish to be included, you must complete the form at the end of this Notice and submit it by [60 DAYS FROM DATE OF NOTICE]** |
| **DO NOTHING** | By doing nothing, you will not be included in this action.  This means that you give up the possibility of getting money or benefits that may result from a trial or settlement in this lawsuit if those bringing the lawsuit are successful.  You keep any rights to sue Club Fit separately about the same legal claims in this lawsuit, but the statute of limitations period on your claim continues to run.  You may choose not to sue Club Fit at all. |

- Your options are explained in this notice.  To ask to be included in the lawsuit, you must act before _____ (insert 60 days from date notice is sent out) _____.

**This notice contains information that affects your rights.  Please read it carefully.**

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330
or cmarlborough@faruqilaw.com.   All inquiries are confidential.**

| **1.** | **Why did I get this notice?** |

You are getting this notice because Club Fit's records show that you previously worked for Club Fit. A lawsuit has been brought against Club Fit claiming that its workers, including tennis, fitness, aquatics, wellness and café staff were not paid all wages required by law, including overtime wages. The Court is trying to determine which employees wish to participate in the case. The Honorable Barbara S. Jones, United States District Court Judge in the Southern District of New York, is overseeing this collective action. The lawsuit is known as *Bazzini v. Club Fit Management, Inc., et al*, 08-cv-4530.

| **2.** | **What is the lawsuit about?** |

This lawsuit is about whether Club Fit should have paid its workers overtime for each hour worked per workweek in excess of forty hours, and other wage and hour violations.

| **3.** | **What is a collective action and who is involved?** |

In a collective action lawsuit, one or more persons who have similar claims can bring a lawsuit that includes others who have similar claims. All Club Fit employees who decide to participate in the case are part of a "Collective Action." The former employees who brought this lawsuit – and all of the Collective Action Members – are called the Plaintiffs. The companies that they have sued, Club Fit Management, Inc. and Jefferson Valley Racquet Club, Inc. as well as David Swope, Beth Beck and Bill Beck, are called the Defendants. One Court resolves the issues for everyone who decides to join the case.

| **4.** | **What is Club Fit's position?** |

Club Fit maintains that they did nothing wrong. For a copy of Club Fit's answer to the complaint in this case, or any of the papers filed in the case, please contact Plaintiffs' counsel at the address noted in paragraph 12, below.

| **5.** | **Has the Court decided who is right?** |

The Court has not decided whether Club Fit or the Plaintiffs are correct. By establishing the collective action and issuing the Notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

| **6.** | **What are the Plaintiffs asking for?** |

**Questions? Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330 or cmarlborough@faruqilaw.com. All inquiries are confidential.**

Plaintiffs are seeking to change Club Fit's pay practices and policies and to recover unpaid wages including overtime wages. Plaintiffs are also seeking recovery of attorneys' fees and costs.

| | |
|---|---|
| **7.** | **Can I join this lawsuit?** |

To be eligible to join this lawsuit, you must have been employed by Club Fit after [Date to be determined by the Court] and have no ownership interest in Club Fit.

| | |
|---|---|
| **8.** | **I'm not sure if I am included.** |

If you are still not sure whether you are included, you can get free help by calling or writing the lawyers in this case, at the phone number or address listed below.

| | |
|---|---|
| **9.** | **What happens if I do nothing at all?** |

If you choose not to join this lawsuit, you will not be affected by any ruling, judgment or settlement rendered in this case, whether favorable or unfavorable. You will <u>not</u> be entitled to share any amounts recovered by Plaintiffs as part of this lawsuit. You also will be free to independently retain your own counsel and file your own individual lawsuit, subject to any defenses that might be asserted. You should be aware that your federal wage and hour claims are limited by a two- or three-year statute of limitations, and your state law claims are limited by a six-year statute of limitations. Delay in joining this action, or proceeding separately, may result in some or all of your claims expiring as a matter of law. If you proceed separately, you may also have to pay for your own lawyer.

**Questions? Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330 or cmarlborough@faruqilaw.com. All inquiries are confidential.**

## 10.  What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable.  You will also share in any proceeds from a settlement or judgment.   By joining this lawsuit, you designate the named Plaintiff(s) as your representative(s), and to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit.  These decisions and agreements made and entered into will be binding if you join the lawsuit.  While this suit is pending, you may be asked to provide documents or information relating to your employment, or otherwise participate in written and/or oral discovery proceedings and/or a trial of this matter.

## 11.  Can Club Fit and/or my current employer retaliate against me if I join the lawsuit?

It is a violation of federal law for Club Fit or any of its related entities to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case.  If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, you may contact Plaintiffs' lawyers or any other lawyers of your choosing.

## 12.  How do I ask the Court to include me in the case?

Enclosed is a form called "Consent to Sue."  If you choose to join this lawsuit, it is extremely important that you read, sign and promptly return the Consent to Sue form.  An addressed and postage paid envelope is enclosed for your convenience.  Should the enclosed envelope be lost or misplaced, the Consent to Sue form must be sent to:

**Club Fit Lawsuit**
**Faruqi & Faruqi, LLP**
**369 Lexington Avenue, 10th Floor**
**New York, New York 10017**

The signed Consent to Sue form must be postmarked by _____[60 days from mailing of this Notice]_____.  **If your signed Consent to Sue form is not postmarked by [60 days from mailing of the Notice], you will not participate in this lawsuit, you will not share in a monetary recovery, and you will not be bound by any settlement or judgment.**

## 13.  Who will be my lawyer?

If you choose to join this lawsuit you will be represented by Adam Gonnelli of Faruqi & Faruqi, LLP, 369 Lexington Avenue, 10th Floor, New York, New York 10017, agonnelli@faruqilaw.com.  You can learn about the firm at www.faruqilaw.com

4

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330 or cmarlborough@faruqilaw.com.   All inquiries are confidential.**

| 14. | Should I get my own lawyer? |
|-----|------------------------------|

You do not need to hire your own lawyer because if you join the suit by submitting your Consent To Sue form, Plaintiffs' Counsel will be working on your behalf. But if you want your own lawyer, you may hire one. But in that case you may have to pay that lawyer and may have to file your own separate lawsuit.

| Deleted: |
|----------|

| 15. | How will the lawyers be paid? |
|-----|-------------------------------|

The named Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel, which means that if you do not win, there will be no attorneys' fees or costs chargeable to you. Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all members of the class. The Court may also be asked to determine the amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Club Fit, or may be a combination of the two.

**Questions?  Contact Christopher Marlborough at Faruqi & Faruqi, LLP at 212-983-9330
or cmarlborough@faruqilaw.com.   All inquiries are confidential.**