UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TODD BAZZINI, GREGORY LEONARCZYK,   Case No. 08-civ-4530
NOAH ALLEN and JOHN MARKIEWICZ,
individually and On Behalf of All Other Persons
Similarly Situated,

               Plaintiffs,

-against-

CLUB FIT MANAGEMENT, INC., JEFFERSON
VALLEY RACQUET CLUB, INC., DAVID SWOPE,
BETH BECK and BILL BECK,

               Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/10

### [Proposed] ORDER DISMISSING CASE WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above captioned matter, and all claims and counterclaims filed and/or to be filed in connection with this matter, be and are hereby dismissed with prejudice and without fees or costs to any party. The Court shall retain jurisdiction for purposes of enforcing the terms of the settlement of the case.

The Clerk of the Court is directed to close this case.

_/s/ Barbara S. Jones_
Honorable Barbara S. Jones
United States District Court
April 20, 2010